MARCH - 23 - 2004

United States
District Court
Boston Massachusetts
Civil Action

RECEIVED
MAR 2 9 2004
Jury

PETER KARPOWICZ - V - M.B.T.A. POLICE DEPT.
ET-AL

PLAINTIFF — v — DEFENDANTS

PETER KARPOWICZ

ADDRESS

J.F.K. POST OFFICE
P.O. BOX NO. - 8037
BULLFINCH PLACE
BOSTON MASS.

① M.B.T.A. POLICE DEPT.
② MASS. BAY TRANS. AUTHORITY
③ EX. M.B.T.A. POLICE CHIEF
    THOMAS O'LOUGHLIN
④ M.B.T.A. POLICE OFFICER ——— CLARK
⑤ M.B.T.A. P.O. ——— HORTON
⑥ M.B.T.A. P.O. ——— DONAHUE
⑦ M.B.T.A. P.O. WILLIAM SMITH
⑧ M.B.T.A. P.O. ——— DOUGLAS HENNESSEY
⑨ TRIAL COURT OF MASSACHUSETTS
⑩ COMMONWEALTH OF MASSACHUSETTS
⑪ GOVERNOR MITT ROMNEY
⑫ MASS. ATTY. GENERAL THOMAS REILLY

ET-AL

②

THIS IS A CIVIL ACTION

OF A
CRIMINAL COMPLAINT
OF
CRIMINAL COMPLAINTS
OF THE M.B.T.A. POLICE
AND THE OTHER NAMED
DEFENDANTS

I am almost 70 years old.
I have numerous physical
disabilities. — numerous.
I am a white male.
I am not a criminal.
I am NON IRISH.
I am a NON IRISH
NOT A: — CRIMINAL.

## MBTA cops suspended

**Yawu Miller**

Three MBTA police officers were suspended last week, reportedly after an investigation found they were using the department's computer system to check on colleagues and find phone numbers and addresses of women who caught the eye of male officers.

Also caught up in the sweep was Lieutenant Nancy O'Loughlin, who allegedly helped facilitate the officers' misuse of police records, according to news reports.

MBTA spokesman Joe Pesaturo confirmed that the officers were suspended with pay pending the outcome of the investigation, but would not comment on the charges.

Thursday, March 18, 2004

## ● MBTA ▬▬▬▬

continued from page 1

"There is an on-going investigation," he said. "It concerns some serious breaches of department policy, procedures and regulations.

The investigation signals a significant change of fortune for O'Loughlin.

Under former police chief Thomas O'Loughlin, Nancy O'Loughlin, a cousin through marriage, appeared to escape censure, despite having led a unit that became notorious for applying heavy-handed tactics to teens for infractions as minor as trespassing. The anti-crime unit she headed was disbanded in 2002 following numerous citizen complaints and an investigation by an independent commission.

Yet before Thomas O'Loughlin left the force later that year, after his contract was not renewed, he assigned Nancy O'Loughlin to head the detec-

tives' day shift and graffiti investigations.

Current MBTA Police Chief Carter was brought in to head the force after community activists had repeatedly called on the MBTA not to renew Thomas O'Loughlin's contract. In 2002, the MBTA settled a lawsuit filed

by parents of children who were falsely arrested by MBTA police officers

Sources say O'Loughlin's luck changed after Carter took office.

She was assigned a desk job and reportedly had a contentious relationship with Carter.

While press reports have alleged that Carter has struggled with MBTA police unions, community activists have generally given Carter high marks.

"I think Joseph Carter has done exactly what everyone expected him to

*"I think Joseph Carter has done exactly what everyone expected him to do — he came in, he took charge and straightened out the areas that needed to be straightened out."*

— **Leonard Alkins**

do — he came in, he took charge and straightened out the areas that needed to be straightened out," commented Leonard Alkins, president of the Boston Branch of the NAACP.

I have been arrested 3 times in about the last 7 or 8 years by the M.B.T.A. POLICE.

I have never been convicted.

I have never been tried.

I have been arrested falsely.

I have been arrested by IRISH (or and English) M.B.T.A. police.

I have been arrested at different times.

These IRISH police along with their IRISH HATRED have FABRICATED CRIMES against me. They have fabricated and filed false police reports against me.

In one of their printed forms is a word called: CAUTION. — in which they also fabricate, manufacture and file that I am: — CAUTION: — HEALTH RISK. and also: — they print that I am: — VIOLENT. These IRISH POLICE are not held accountable or responsible.

These IRISH POLICE are ALLOWED to FABRICATE CRIMES, AND FABRICATE false police reports.

## MBTA cops suspended

**Yawu Miller**

Three MBTA police officers were suspended last week, reportedly after an investigation found they were using the department's computer system to check on colleagues and find phone numbers and addresses of women who caught the eye of male officers.

Also caught up in the sweep was Lieutenant Nancy O'Loughlin, who allegedly helped facilitate the officers' misuse of police records, according to news reports.

(4)

These I.R. "H POLICE lock up vulnerable, old, innocent, disabled people, and they love to lock up and fabricate crimes, and arrest BLACK PEOPLE.

---

These false arrests of the old, vulnerable, innocent, black and others (ET-AL) are cowardly Criminal attacks of HATRED BY IRISH POLICE.

They never come to court.

They never have any intent to come to court.

I ask for a trial by jury.

I never get a trial by jury.

I show up motions in advance of my Trial by Jury date, instructing the Trial Court NOT TO DISMISS MY CASE.

They always dismiss my case, against my OBJECTIONS.

I remind the judge to write the notation: —

MR. KARPOWICZ — THE DEFENDANT OBJECTS TO DISMISSAL

Thursday, March 18, 2004

• **MBTA**

continued from page 1

"There is an on-going investigation," he said. "It concerns some serious breaches of department policy, procedures and regulations.

The investigation signals a significant change of fortune for O'Loughlin.

Under former police chief Thomas O'Loughlin, Nancy O'Loughlin, a cousin through marriage, appeared to escape censure, despite having led a unit that became notorious for applying heavy-handed tactics to teens for infractions as minor as trespassing. The anti-crime unit she headed was disbanded in 2002 following numerous citizen complaints and an investigation by an independent commission.

I never "emy necessans".

I never get a fair hearing or a fair trial by jury.

a white old woman judge wanted me to accept a dismissal and to pay a $100. (hundred dollars).

she wanted 2 things from me : —

pay $100.

and to agree for me to willingly dismiss the case for them.

Current MBTA Police Chief Carter was brought in to head the force after community activists had repeatedly called on the MBTA not to renew Thomas O'Loughlin's contract. In 2002, the MBTA settled a lawsuit filed

She was assigned a desk job and reportedly had a contentious relationship with Carter.

While press reports have alleged that Carter has struggled with MBTA police unions, community activists have generally given Carter high marks.

"I think Joseph Carter has done exactly what everyone expected him to

*"I think Joseph Carter has done exactly what everyone expected him to do — he came in, he took charge and straightened out the areas that needed to be straightened out."*

**— Leonard Alkins**

by parents of children who were falsely arrested by MBTA police officers

Sources say O'Loughlin's luck changed after Carter took office.

do — he came in, he took charge and straightened out the areas that needed to be straightened out," commented Leonard Alkins, president of the Boston Branch of the NAACP.

Why did this (IRISH) system of the Trial Court of Mass, the Commonwealth of Mass and their IRISH LAW ENFORCEMENT FABRICATE CRIMES AGAINST ME, ARREST ME, HAVE ME GO TO COURT MANY TIMES, WITH THE IRISH POLICE HAVING NO INTENT TO COME TO COURT, have the embolded HATRED, embolded official IRISH RACISIM of THIS IRISH system of the Trial Court of Mass, of this IRISH Commonwealth of MASS. and this IRISH M.B.TA. police : — to have the outrageous adacity to tell me to pay a $100. — to also be willing to accept a dismissal for their IRISISM, NAZISM — TO SCREW ME AND MY RIGHTS.

I have had many terrible things happen to me.

Horton and DONAHOE tortured me in a holding cell.

DOUGLAS HENNESSEY did many things to me.

He stalked me many times.

with my hands handcuffed behind my back, he called me an asshole (asshole)

he then kicked my left foot and knocked me to the ground.

I am getting tired of having to write.

These are IRISH have caused me much pain and suffering.

my pain and suffering has victimized me because the Commonwealth of Mass + the trial Court of Mass. and the M.B.T.A. police, are a HEGEMONEOUS, wrongful combination and a IRISH CRIMINAL ORGANIZATION of the COMMONWEALTH OF MASSACHUSETTS that fabricates crimes, attacks vulnerable and old people and loves to victimize blacks. to lock up innocent people.

PETER KARPOWICZ
J.F.K. POST OFFICE
P.O. BOX NO.—8037
BULLFINCH PLACE
BOSTON MASS.

Thank You Ladies Sirs and Gentlmen

Signed under the pains and penalties of Perjury.  Peter Karpowicz

March—23—2004

## State police internal affairs chief quits

The head of the state police internal affairs section has quit the force and claims top officers have been lenient with officers who have broken the law.

Maj. John Burns, one of the highest-ranking minority state police officers, said his disciplinary recommendations were regularly overturned, including cases where he believed laws were broken.

State police Col. Thomas J. Foley has ordered Burns to submit a written report so he can determine if a "complete and thorough" investigation is necessary.







# 2 black cops charge city retaliated for race complaint

**By DAVID WEBER**

Two black Boston police officers have sued their former supervisors and the city, claiming they were transferred out of a specialized unit because they complained that racial discrimination was common in that unit.

Officers Steven Horne and Ronald Brown contend they were transferred out of the Youth Violence Strike Force (YVSF) in April 2001 after objecting to white strike force members referring to predominantly black Dorchester High School students as "animals." In another instance, according to the Suffolk Superior Court lawsuit, a white strike force member wore an "insensitive and offensive" T-shirt referring to the slaying of Amadou Diallo, an unarmed black New York City resident who was shot 41 times by police officers.

Attorney Stephen Roach, who represents Horne and Brown, said, "There is a long history of cultural racism in the Boston Police Department. This one unit (YVSF) has experienced racism, not only with respect to how it deals with minority officers, but also how it deals with minority suspects."

However, the department's chief legal adviser, Mary Jo Harris, said Brown and Horne were among 31 officers — 21 of whom were white — who were transferred out of the YVSF "after a review of performance and an assessment of who was appropriate" to serve in the unit. Harris said policy prevented her from commenting on the merits of the suit.

The suit names the city of Boston and Sgts. Eric Bulman and John Davin as defendants. The two sergeants were Horne and Brown's YVSF supervisors, and the two black officers complained to them after encountering what they felt was discrimination. Reached yesterday, Davin referred all questions to police headquarters.

Sgt. Paul Joseph, president of the Massachusetts Association of Minority Law Enforcement Officers, said his organization supports Horne and Brown's lawsuit.

"The old-boy network does exist. Is this new commissioner, Kathleen O'Toole, going to implement changes? We certainly hope so. We hope she improves morale by implementing a system that is fair and just."

# You have a right to be heard



Kadiatou Diallo has written a book about her son Amadou, who was killed by police in 1999, and started a foundation that will award scholarships.

**5. Your right to be heard**
We commit to make your issues count.

## 2. Your right to safe service
Your safety is our top priority. If we're not performing to your standards, "Write to the Top." Top level management will respond.

## 3. Your right to courteous, clean, accessible and dependable service
Simply put –you deserve the best. If you find our service less than adequate, "Write to the Top." Top level management will respond.

I'm Chief Thomas O'Loughlin. If we're not meeting your standards, write to me.

**Thomas O'Loughlin**    I'll respond.

**MBTA Chief of Police**

**▶ MBTA**
*Continued from Page B1*

formed the checks while being recorded by the police department's emergency dispatch system, according to the three familiar with the investigation. One said that "a lot of the background checks were done because people had a personal ax to grind."

The three officers allegedly used vehicle license plate numbers to track down the names and phone numbers of attractive women they spotted.

MBTA officials would say little about the investigation yesterday.

"There is an ongoing internal investigation that concerns egregious violations of the department's policies, rules and regulations as well as allegations of criminal conduct," said MBTA spokesman Joe Pesaturo, who declined to say more.

MBTA General Manager Michael H. Mulhern would say only that MBTA Police Chief Joseph C. Carter "has my full support. I trust his judgment. The actions he's taken are not only necessary but appropriate to maintain the public's trust in the MBTA Police Department."

Officials with the MBTA police union declined to comment.

"There's an ongoing investigation and no other comment will be given at this point in time," said Lawrence C. Culbert, secretary to the MBTA Police Association.

Christine Cole, spokeswoman for the state Executive Office of Public Safety, which oversees the state criminal histories computer system, said she could "neither confirm nor deny the existence of an ongoing investigation."

A spokesman for the FBI, which oversees the National Crime Information Center that provides background records, said he had not heard of the MBTA probe.

Some MBTA police union officials, speaking on condition of anonymity, said more suspensions involving six to eight other officers were pending, though other union officials predicted that fewer would be disciplined.

The investigation is the latest internal problem in the troubled MBTA Police Department, where relations between Carter and the unions have become increasingly strained. Carter, a former Boston police superintendent who more recently was chief of the Oak Bluffs force, was hired by the MBTA last year and brought in from the tiny Martha's Vineyard department to improve the transportation authority's police force.

Carter arrived after the MBTA police faced accusations that it used a zero-tolerance policy, created by former Chief Thomas O'Loughlin, to harass and arrest minority teenagers. That focus on youth crime resulted in the arrest of scores of teenagers on minor infractions, which prompted allegations of racial profiling and excessive force. Carter's hiring was meant to heal that rift, MBTA board members and officials said.

After taking the job, Carter said more officers would ride the system as part of his changes.

He also touted a new policy last year to divide the transit system into sectors, where officers and their supervisors would develop long-term community contacts.

Since then, union officials say they have been left out of Carter's new assignment plans. They have also said the transit police force remains understaffed, with federal money earmarked to improve the police force being used elsewhere in the system.

# T police officers suspended in probe

## Background records allegedly misused

**By Mac Daniel**
GLOBE STAFF

Three MBTA police officers were suspended after an investigation showed they were illegally checking background records to either dig up dirt on colleagues or track down addresses and phone numbers of attractive women who caught the eye of male officers, an agency official and two others who were briefed on the investigation said yesterday.

They said a lieutenant who allegedly encouraged the officers' activities also was suspended.

The probe could lead to criminal charges against the four, Massachusetts Bay Transportation Authority officials said, and more officers face suspension.

MBTA officials would not release the names or ranks of the four who were suspended with pay this week.

But speaking on condition of anonymity, the official and two others briefed on the probe said one was Lieutenant Nancy O'Loughlin, sister of the former MBTA police chief Thomas J. O'Loughlin, who now heads the Milford Police Department.

MBTA officials would not comment on Nancy O'Loughlin, and she could not be reached for comment.

In several of the cases, officers per-

# MBTA police suspend officers during probe

One said that "a lot of the background checks were done because people had a personal ax to grind."

The three officers allegedly used vehicle license plate numbers to track down the names and phone numbers of attractive women they spotted.

"There is an ongoing internal investigation that concerns egregious violations of the department's policies, rules and regulations as well as allegations of criminal conduct," said MBTA spokesman Joe Pesaturo, who declined to say more.

MBTA General Manager Michael H. Mulhern would say only that MBTA Police Chief Joseph C. Carter "has my full support. I trust his judgment. The actions he's taken are not only necessary but appropriate to maintain the public's trust in the MBTA Police Department."

Some MBTA police union officials, speaking on condition of anonymity, said more suspensions involving six to eight other officers were pending, though other union officials predicted that fewer would be disciplined.

The investigation is the latest internal problem in the troubled MBTA Police Department, where relations between Carter and the unions have become increasingly strained.

Carter arrived after the MBTA police faced accusations that it used a zero-tolerance policy, created by former Chief Thomas O'Loughlin, to harass and arrest minority teenagers. That focus on youth crime resulted in the arrest of scores of teenagers on minor infractions, which prompted allegations of racial profiling and excessive force. Carter's hiring was meant to heal that rift, MBTA board members and officials said.

After taking the job, Carter said more officers would ride the system as part of his changes.

They have also said the transit police force remains understaffed, with federal money earmarked to improve the police force being used elsewhere in the system.

## T police officers suspended in probe

### Background records allegedly misused

**By Mac Daniel**
GLOBE STAFF

Three MBTA police officers were suspended after an investigation showed they were illegally checking background records to either dig up dirt on colleagues or track down addresses and phone numbers of attractive women who caught the eye of male officers, an agency official and two others who were briefed on the investigation said yesterday.

They said a lieutenant who allegedly encouraged the officers' activities also was suspended.

The probe could lead to criminal charges against the four, Massachusetts Bay Transportation Authority officials said, and more officers face suspension.

MBTA officials would not release the names or ranks of the four who were suspended with pay this week.

But speaking on condition of anonymity, the official and two others briefed on the probe said one was Lieutenant Nancy O'Loughlin, sister of the former MBTA police chief Thomas J. O'Loughlin, who now heads the Milford Police Department.

MBTA officials would not comment on Nancy O'Loughlin, and she could not be reached for comment.



## ON POLICE BRUTALITY By KAREN HUNTER

# Cincy case fuels blacks' distrust of cops

Innocent until proven guilty — that is the basis of our criminal justice system. But I am beginning to wonder whether those words apply only to a select demographic in this country.

Nathaniel Jones was behaving erratically outside a White Castle in Cincinnati on Sunday. Police came to the scene. There is a videotape of what happened next, although some of it seems incomplete. But what I saw was two officers attempting to subdue a large black man. They were joined by four others who, after beating the man to the ground, did subdue him. But strangely, the beating continued. Metal sticks were used, and he was continuously jabbed in the body.

Jones was taken to the hospital and pronounced dead. The coroner's report released on Wednesday stated that death was due to the scuffle with police. It will be ruled a homicide.

What was Jones' crime? We'll never know, because he was not arrested, tried and convicted. Instead, Jones was given the death penalty on the street by police.

The officers involved are being defended by their superiors for acting "appropriately." But are we to believe that men who are trained to serve and protect and taught to defuse volatile situations could not find a less deadly way to subdue Jones?

In Los Angeles recently, a man opened fire on his attorney outside a courthouse. He shot at him six times, put the gun in his pocket and walked away. He was tackled by a cop and arrested. He was not beaten or shot, despite having a deadly weapon. The shooter, William Strier, was not perceived as being as big a threat as Nathaniel Jones. Strier is white.

In New York City, the crime rate is at a 35-year low. Yet in the last decade, the city has seen the 41 police shots fired at Amadou Diallo, the killing of Patrick Dorismond, who just said no to an undercover cop offering him drugs, and the brutalization of Abner Louima by an enraged officer. Alberta Spruill died this year after police raided her home on a bad tip. What they had in common was being black.

Three years ago, Cincinnati erupted in rioting following the fatal shooting by police of an unarmed black man. Rioting is never an appropriate response, but the frustration of feeling your life is not considered worthy has to find an outlet.

In 1999, then-Attorney General Janet Reno said this in a speech at the National Press Club: "For too many people, especially in minority communities, the trust that is so essential to effective policing does not exist because residents believe that police have used excessive force, that law enforcement is too aggressive, that law enforcement is biased, disrespectful and unfair."

That hasn't changed. And it won't change until "innocent until proven guilty" applies to all citizens.

*E-mail: khuntercolumn@aol.com*

# Mother's mission

## Kadiatou Diallo works for racial justice

**By CLEM RICHARDSON**
DAILY NEWS STAFF WRITER

**K**adiatou Diallo cannot understand why people keep calling her dead son a "street peddler."

"Amadou spoke five languages," Diallo said. "He had lived all over the world. When he was killed, he was about to open an electronics store."

**HOW TO HELP**

Contributions to the Amadou Diallo Foundation can be mailed to P.O. Box 286656, Yorkville Station, New York, N.Y. 10128. The E-mail address is adfounda@aol.com



"Amadou came here and lived modestly in the Bronx. But before he came here, he never lived like that," she said.

The street-peddler tag "makes it sound as if his life was worth less than someone else's," she said.

It was five years ago last month that the unarmed Diallo, 22, was cut down by 19 of the 41 bullets police fired at him as he entered the vestibule of his South Bronx apartment building.

The four officers involved said the wallet in Amadou's hand looked like a gun.

The shooting attracted international attention and sparked weeks of public protests at 1 Police Plaza. Nearly 1,000 people were arrested at the demonstrations.

Kadiatou Diallo came to the United States from Guinea, West Africa, to retrieve her son's body for burial in his homeland. Diallo was laid to rest in a 300-year-old burial plot in the village of his father, Sakou Diallo.

"The villagers told me people still come from all over the country to see his grave," Kadiatou Diallo said.

She returned to New York for the officers' trial on murder charges, which was held in Albany because of pretrial publicity. Kenneth Boss, Sean Carroll, Edward McMellon and Richard Murphy were all acquitted.

Immediately after the verdict Kadiatou Diallo appealed for calm. She said a relative of one of the officers was doing missionary work in Guinea and, while there, tracked her down and apologized for the shooting.

Diallo now lives in Harlem, where she occasionally hears her native Fulani language spoken by the street vendors on the sidewalks below her window.

She and her remaining children — Laura, 25, Ibrahim, 22, and Abdoul, 20 — moved here permanently. The children live in Maryland, where they work and attend college.

"I did not want them to live under Amadou's shadow," Diallo said.

For her part, Diallo continues to work to further her son's legacy. She wrote a book, "My Heart Will Cross This Ocean: My Story, My Son, Amadou" (Ballantine Books, 2003), with Columbia University Prof. Craig Wolff.

The family is awaiting a final resolution of its wrongful-death suit against the city. Although the city agreed last year to pay $3 million to settle the claim, Diallo said details of the payment are still being worked out.

A portion of the settlement will be used to fund the Amadou Diallo Foundation. Diallo said the organization will promote programs in public schools to reduce prejudice and racial tensions. It will also pay for scholarships for African graduate students who want to study in America, and vice versa.

Former Mayor David Dinkins and former Public Advocate Mark Green were among the dignitaries who attended a foundation reception Feb. 5 — the anniversary of Amadou's death — in the State Office Building on 125th St. in Harlem.

Diallo continues to travel across the country to speak about the incident that claimed her son's life. The constant glare of the public spotlight has never bothered her.

"I was never coached," on handling the media, she said. "I think it was my upbringing, my family's background, that helped me. And also, I have traveled around the world, so it's not like a village woman coming to the city.

"I cannot describe the shock and agony that caused me to speak out," she said. "It was the strength of a woman. When a mother loses a child, she draws strength from a divine source."

MARCH 21, 2004

*'Just because somebody is shot in the back doesn't mean it's a criminal act.'*

TIM APOLITO, *criminal justice professor, University of Dayton*

# Murder charge in Ky. police shooting

**By Dylan T. Lovan**
ASSOCIATED PRESS



LOUISVILLE, Ky. — Michael Newby's extra-large jogging pants were falling down as he rushed out of the house.

"Boy, you better get a rope or a belt or something for those," Jerry Bouggess told his slender stepson, who was heading out for a Saturday night.

That was the last conversation they would have. Early the next morning, Newby, 19, was dead, shot in the back three times by an undercover Louisville police officer during a drug bust.

Newby was the seventh black man killed by police in the past five years in this city of nearly 700,000, where blacks make up about 20 percent of the population. Unlike the past killings, however, this one led to murder charges against the officer, McKenzie G. Mattingly, a white man who had been on the force for about six years.

But legal specialists and local activists are skeptical the case will end in a murder conviction.

"Just because somebody is shot in the back doesn't mean it's a criminal act," said Tim Apolito, a criminal justice professor at the University of Dayton in Ohio. "It's a quantum leap from somebody getting indicted to actually being convicted."

Jefferson County prosecutor David Stengel said the Jan. 3 slaying appeared all along to be a "bad shooting," in part because of the shots in the back.

Mattingly, 31, pleaded not guilty and is free on bail.

Apolito, a former police officer in Ohio, said prosecutors face significant hurdles.

"It's hard for prosecutors to show intent to kill when an officer has to react quickly in a potentially dangerous situation," he said. "You would have to demonstrate not that he did this accidentally but just clearly intended to take

Louisville police officer McKenzie Mattingly (above) was arraigned earlier this month in the shooting death of Michael Newby (below).

this person's life. And that is usually a difficult thing to do, because police officers — even when they take someone's life — don't do it with the purpose of taking somebody's life. They do it with the goal of eliminating that person's ability to harm them or someone else."

Activists who have protested recent shootings by police say they are not optimistic Mattingly will be convicted of murder.

"The burden of proof is so heavy" for prosecutors, said Shelby Lanier, a former Louisville officer who has protested shootings by the department.

The federal government does not keep national figures on fatal police shootings. But clearly it can be difficult to win a conviction.

In Connecticut, Scott Smith, a white New Milford officer who shot a black man to death, was cleared of murder but convicted of manslaughter in 2000. The verdict was later overturned on appeal, and Smith is awaiting a new trial on the manslaughter charge.

In 1999, West African immi-



grant Amadou Diallo was killed by four white undercover police officers in New York City. The officers said they thought Diallo was reaching for a gun. They were acquitted of criminal charges.

Last year in Louisville, a grand jury did not find enough evidence to indict two white officers in the shooting death of a handcuffed black man who had lunged at an officer with a box cutter.

Police said Newby was shot during an undercover drug buy in predominantly black western Lou-

isville. Police said Newby was carrying a .45-caliber handgun, and a powdery substance, believed to be cocaine, was found on him after the shooting.

Mattingly has not spoken publicly about the shooting. His attorney, Steve Schroering, said Mattingly is certain his actions were necessary. He predicted his client would be exonerated.

Newby's slaying raised racial tensions in Louisville and prompted protests outside the police station and at the mayor's house.

Mattingly's friends, meanwhile, staged a rally for him last month. About two dozen uniformed officers, all of them white, attended his arraignment. About 15 percent of Louisville's 1,200-member police force is black.

Bouggess and Newby's mother, Angela Newby-Bouggess, came face-to-face with Mattingly for the first time during the officer's March 8 arraignment.

"My faith doesn't allow me to hate. So I can't hate him, and Ann doesn't either," Bouggess said.

AP PHOTOS



"I cheated on my wife, I cheated on my employer, and I cheated on all of you, the people of Los Angeles."—former LAPD officer Rafael Perez

2 6 9 0 5  0 2 2 9 5

LOS ANGELES POLICE RAMP

rather meet Saturday in a dark alley than Rafael Perez," a lawyer representing Rampart victims said to Court IV. On February 25, 2000, Perez told a judge: "Whoever chases monsters should see to it that in the process, he does not become a monster himself." But just how did Perez—and much of an entire division in the nation's largest police force—become more evil than the criminals they pursued?

## Baptism by Blood

Rafael Antonio Perez was born in Puerto Rico to an absent father and a tough, hard-working mom. He moved to the U.S. while he was still a kid and soon



Getting the Rampart insignia inked on your arm was only the first of many initiations

The brutal killing of Vicencio (above) whetted Perez's appetite for street action

became obsessed with cop shows like *Adam-12*. He joined the Los Angeles Police Department in 1989 at age 21, and prospered right from the start.

"Perez was a glory hound," says a senior officer who had him under his command. "The guy *looked* like a great officer, but it was all about himself—the highest gun take, the highest number of narco busts, the highest felony arrests. If he wasn't in the thick of it, he wasn't interested."

Assigned to the West Side Narcotics Bureau after some quick promotions, Perez partnered up with the star of the unit. David Mack was a smooth operator who'd learned street smarts the hard way, growing up in Compton. Mack had run his way out of the ghetto, winning a track scholarship to the University of Oregon and becoming an NCAA 800-meter champ. He'd even married fellow sprinter Florence Joyner. But by 1988, at age 27, he'd lost his world-class wheels and joined the LAPD.

Mack and Perez worked undercover in some of the worst neighborhoods in east L.A. Mack seemed to know everyone. Perez, just 25, idolized his partner, picking up Mack's taste for cigars, designer suits, and mistresses.

"Ray was impressionable and young," remembers his wife, Denise, who met Perez while working as a department dispatcher. "He really looked up to David for his street sense."

On October 26, 1993, Mack and Perez sealed their partnership in blood. That night they rolled up to Jesse Vicencio, a crack dealer with the Clanton 14th street gang. The two cops were acting as "buy dogs" for an undercover narcotics sting.

Vicencio, dusted up on PCP, acted nervous and jerky. Suddenly, in the middle of the deal, he threw the cash Perez had given him back into their car.

"Nah, man," he said. "Are you Bloods or Crips?"

Perez, riding shotgun, tried to do damage control. "Come on, man, I'm just a basehead," he said. "Take it easy." ▶

gun," Hewitt demanded.

"I don't *know* about a gun!" the kid screamed.

The cops smashed Tenorio into the target over and over until the wallboard busted apart and they were ramming him into the two-by-fours underneath. He felt blood trickle from a gash in his head, then gush. He tried not to pass out, even as the splinters of wood sliced into his skin and embedded themselves deep beneath his scalp.

Welcome to Rampart, kid.

## The Thin Blue Line

The assault on Joseph Tenorio triggered no immediate official investigation. Officers Perez and Hewitt never entered the event into their memo books. It was, in fact, just an ordinary day in the City of Angels' most hellish police precinct.

The Rampart Division of the LAPD covers eight square miles of misery just west of downtown. Poor and mostly Hispanic, the densely packed area is home to more gangs than any other part of L.A.—60 in all, with about 8,000 members battling for turf. For years, bodies littered the streets. To fight fire with fire, a city-wide antigang unit, CRASH, was created and given a simple, all-encompassing mandate: Clean up the mess, no questions asked. The CRASH motto was "We intimidate those who intimidate others." For a time in the mid-90s, gang violence in L.A. plummeted. But at what cost?

Last fall, the stunned citizens of L.A. began to find out. Two years after he used Joey Tenorio as a battering ram, Rafael Perez became the central figure in one of the worst police-corruption scandals in U.S. history. In 50 hours of gripping testimony given to investigators, Perez painted a chilling picture of brutal, rogue cops working far outside the law. The elite officers of Rampart, he said, planted evidence to get convictions, sold drugs, and unlawfully beat and even murdered suspects.

Few of the cops, investigators concede, may have been worse than the whistleblower himself. "One of my clients told me he'd

# U.S. Prepared to Sue to Force LAPD Reforms

From as everyone was getting trashed, the CRASH veterans watched Perez carefully. They were leery of the new recruit. For his part, Perez was eager to prove that he was "in the loop"—he asked the same grinning skull tattoo that other CRASH officers had, matching the patches on their uniforms.

Soon Perez's loyalty would be put to the test for real.

## Getting in the Loop

As soon as Perez hit the sidewalk in front of the Shatto Place apartments the night of July 26, 1996, all hell broke loose. Shotgun blasts boomed from the interior, sounding like cannons. Perez didn't waste time. He tore up the front stairwell and almost tripped over the wounded body of a gangbanger, Jose Perez. Officer Michael Montoya had him covered, so Perez didn't even slow down.

More blasts echoing from upstairs. Just as Perez got to the third-floor hallway, he saw Juan Saldana, a member of the 18th Street gang, fall over backward. He'd been hit in the "10 ring," or dead center in the chest. Another blast had ripped through his back. Above him stood Officer Kulin Patel, his semiautomatic still drawn.

"Decock and holster," Perez shouted to the frozen Patel. Perez inched forward to put the cuffs on Saldana. Just then officers Brian Hewitt and Doyle Stepp burst into the hallway from upstairs.

"Shit!" Hewitt said, looking at Patel. "Kulin got him." He and his partner Stepp had been pursuing Saldana through the building. Now the guy lay bleeding at their feet, going into shock. "What's going on?" mumbled the dying Saldana.

It dawned on Perez: No gun. Saldana was unarmed.

"Shit!" Hewitt said again. He and Stepp disappeared upstairs, returning seconds later. Stepp carried the butt of a pistol by his fingertips. He dropped it next to Saldana.

Then they showed Ray Perez how it was done. Led by their sergeant, Eddie Ortiz, the CRASH officers huddled up in the third floor hallway. Nobody else was allowed near the scene.

Planting a gun was an art, one the officers of CRASH had



**Cops stripped Temple Streeter Ruben Rojas and left him in a rival gang's neighborhood to be beaten**

## Investigation Now Targets Beating at Rampart Station

...the expand inquiry to include... A lawsuit is filed on behalf of... allegedly shot by LADP officers

BY RODNEY GLOVER AND BEAT WRITERS

...after seven-month civil rights investigation into a... ...Police Department corruption scandal is co... ...matching of a suspect held by...

down cold. The "throw-down gun," they explained, was always loaded, with a bullet racked in the chamber—a loaded gun carried a higher penalty. Also, CRASH cops routinely filed off the guns' serial numbers, since that made possession into an instant felony.

The cops huddled together as Juan Saldana bled out a few feet away. Finally an ambulance was called, and Perez led the barely conscious, hand-cuffed Saldana downstairs. Medics met them at the first floor landing, but Saldana died shortly after.

"Before I arrived at Rampart CRASH," Perez later told investigators, "I had never put a gun on a person. When you get to Rampart CRASH, this is something that you're taught.

"Once you're in the unit," he added, "certain things have to happen before someone can say, 'Yeah, you can depend on him, he's in the loop.'" No question, Perez was now in the loop.

That night after the shooting, the CRASH cops partied at the Short Stop, their favorite bar, until 6 A.M.

## New Blood

That summer Ray Perez got a new partner, a guy he sponsored into the unit. Nino Durden knew enough to play second fiddle. He let Perez, who spoke Spanish, do most of the interrogations while he booked evidence. But he had a mean streak.

On October 11, 1996, Durden and Perez were set up in an OP, an observation point stakeout, in apartment 403 of a huge abandoned apartment building downtown. They were looking for 18th Streeters with guns. The place stank of piss. Inside, they found a 19-year-old named Javier Ovando.

The two cops handcuffed Ovando and dragged him into a darkened, trashed-out apartment. According to an account told much later by Ovando, Perez and Durden began interrogating him. Things quickly went straight to hell. Ovando refused to cooperate, enraging both men. Suddenly Perez ▶



**Padlocked now, this unassuming "CRASH pad" was once the site for unhinged cop-and-hooker blowouts**

**'BEFORE RAMPART, I'D NEVER PLANTED A GUN ON A PERSON. THIS IS SOMETHING YOU'RE TAUGHT.'**

# GOOD COP, BAD COP

## A 10-year L.A. narcotics detective talks about the pressures and temptations that can sometimes overwhelm a police officer.*

Gang-related violence has jumped 131 percent in the last year.

**What is it like to be on the street dealing with thugs and murderers everyday?**
My goal is to impact the people who are breaking the law in the area I serve. So, if a gang or dope dealer is causing a problem, I'll eliminate them from the streets. In whatever way possible. Period.

**Is it sometimes tough for cops to keep the amount of power they have in check?**
Not for everyone, but I can see how that could happen if you're weak. And once you do something unethical and get away with it, and you see that your position allows you that kind of freedom... officers can get caught up in that.

**What about strong-arm tactics?**
Sometimes justifiable force may go a little further than what's needed. You know, adrenaline is flowing and you're doing whatever it takes to get the job done, so it's not hard for things to get out of control. Sometimes *badly* out of control. It happens to every street cop at some point.

**What goes on in your mind when you're checking thousands of dollars into evidence? Is that where some cops get fatally tempted?**
For a very few. If you look at the Rampart scandal, the theft problem was limited to Perez and the people in his circle. The majority

of Rampart officers did not do any of that. But there are certain officers with real problems in their lives that would cause them to do something like that.

**What do you think happened in Rampart?**
Basically, a lot of good officers made bad mistakes and used poor judgment in the course of putting thugs into jail. I can tell you right now that part of the problem is LAPD's practices. When they are hiring at a quicker pace than normal to satisfy a certain racial group or gender group, then they are lowering the quality of the people that they are going to recruit.

**What other inappropriate behavior have you seen?**
Well, some of the Rampart officers had ties with Death Row Records. They were doing a lot bodyguard work and PI-type stuff for people who definitely had gang ties, so that was a conflict of interest right there. I also heard they saw a lot of illegal things that took place, but didn't do anything about it. Here's the bottom line: When you're hanging out with all sorts of major criminals, who knows what a cop on the edge can wind up doing?

*The police officer we interviewed asked to remain anonymous.*

pulled his Beretta from its holster and fired it directly into Ovando's chest; moments later, Durden shot him in the chest also. The blasts sounded enormous in the tiny space. Ovando lay moaning and bleeding, sprawled backward toward the door. Then Perez grabbed him by the front of his shirt, pulled him off the floor, and shot him point-blank in the head.

Amazingly, Ovando was still breathing. "Hold on a second," Durden said, running off. When he returned, he carried a filthy red rag. He let it fall open and a gun tumbled out, clattering down next to Ovando: A TEC-22 semiautomatic with a banana clip that they had confiscated a few days earlier.

Javier Ovando was paralyzed from the waist down. Convicted of assault on a police officer, he was wheeled into his sentencing hearing strapped to a hospital gurney. The judge scolded Ovando for what he characterized as a total lack of remorse and gave him a prison sentence of 23 years.

## A Reign of Terror

Rampart CRASH was too strapped for personnel to send many supervisors out into the field. The cops were just unleashed on the streets, more and more in plainclothes, and everyone—police hierarchy and citizenry alike—turned their backs. Throughout the spring of 1997, Perez and Durden slipped deeper into the dirty bath of street drug culture, barely noticing that the level was rising over their heads.

Perez took a mistress straight off the streets, a big-breasted drug informant named Veronica "Bela" Quesada. At the same time she was seeing Perez, she became involved with Ruben Rojas, one of the leaders of the Temple Street gang.

Rojas knew the CRASH unit well. In 1994 they picked him up in an alley, then threw him in the squad car and drove into the rival 18th Street Gang's territory. The cops made Rojas take his shirt off—revealing his gang tattoos—and pushed him out of the car. Then they switched on the loudspeaker.

"Temple Streeter walking by!" they announced.

Ruben tried to run, but it was futile.

"Next thing I know I got 10 motherfuckers on me," he said. "I got stabbed in the arm two times, in the stomach. My jaw was broken and so were two of my fingers."

In the spring of 1997, shortly after Rojas had gotten out of prison on armed robbery charges, he and Quesada began seeing each other. When Perez found out, he went ballistic.

A few days later, Rojas was sitting at home in his boxer shorts watching *Free Willy* on video. He didn't recognize the voice when he picked up the phone and heard some guy speaking half English and half Spanish. "Don't you know it's bad to be messing with somebody's *novia*?" the caller snarled.

Five minutes later, his front door crashed open and CRASH cops flooded into the house. They slammed Rojas down to the carpet. Perez stood over him and shoved a shotgun into his face. ▶


Cops beat, framed, and stole drugs from gangbangers

Photograph, 660, Charlie Langella (building)



# Captain Under Fire as Rampart Probe Expands

■ **Corruption:** Station's former No. 2 officer is accused of failing to supervise staff under his command. Officials call for reviving D.A. team that investigated police shootings.

By JIM NEWTON and ANN W. O'NEILL, TIMES STAFF WRITERS

The Los Angeles Police Department's investigation into corruption in the Rampart Division has expanded into the command ranks. Capt. ... rd Meraz, formerly the station's second-highest ...officer, has been ... ... ... order has co... ...ficials familiar

## Stealing from the Cops

Back in Rampart, things were going from bad to worse. After Mack's arrest, Perez became paranoid that he was being investigated by the feds. But between the stolen dope he sold and the dope money he stole, the payoff was just too sweet to stop. He had his girlfriends, his gambling, his family. He began substituting flour for some of the coke he confiscated before he checked it into the evidence locker. But it still wasn't enough. By early 1998, he'd graduated from ripping off drug dealers to ripping off the LAPD. He would check out large amounts of coke under other cops' names. "I need this," he would tell the clerk, and she'd get it for him. It was a snap.

Ray Perez ultimately got tripped up not because he stole drugs or because he planted evidence and framed gang-bangers. The fall of Ray Perez happened because he was rude.

Laura Castellanos, an officer in the Property Division, remembered Perez's nasty attitude five months earlier when he checked out an item for use in court: three kilos of cocaine, wrapped in cardboard. When a search of the evidence room showed pounds of coke had disappeared under the LAPD's noses, police chief Bernard Parks enacted a secret task force to investigate. Castellanos picked Perez out of a photo lineup.

On August 6, 1998, detectives searched his house, his Ford Explorer, and his work locker. They found nothing, and Perez refused to cooperate further. He was taken off active duty.

Three weeks later, SWAT teams blocked off Rafael Perez's quiet suburban street, search dogs were brought in, and he was arrested for the theft of close to eight pounds of cocaine.

## Crimes and Punishment

The first trial against Perez resulted in a hung jury. He decided not to roll the dice on a second trial. Looking at a sentence of 12 years for the coke heist, Perez didn't like what he saw: a dozen years in state lockup, doing time with many of the same gangbangers he had beaten, robbed, and framed.

Perez called his lawyer. He brokered a sweetheart deal: a reduced sentence of five years and immunity from other charges for full testimony. And so Perez talked. And talked some more.

Perez's searing testimony, delivered over four months from September of '98 through January of '99, blew the lid off the dark world of CRASH. By the time he was finished, four more officers would be arrested, and 70 cops



**Mack and Perez blew thousands in Vegas after the bank robbery**

would be put under investigation. Among those who went down were Brian Hewitt, Nino Durden, and Edward Ortiz, who was later accused of quarterbacking the whole operation.

Prisons across the state had to throw open their doors, freeing Ovando, Rojas, and many others. Almost 100 cases have been overturned; up to 4,000 may wind up back in court.

In spring of this year, police chief Bernard Parks formally disbanded all CRASH units. This August, a federal judge ruled that the LAPD could be sued under RICO statutes, essentially declaring that the LAPD is a criminal enterprise.

The ruling increased the city liability to staggering proportions. Already, Mayor Richard Riordan earmarked the city's $300 million tobacco settlement to pay off gang members whose civil rights were trampled. It might not be enough.

On February 25, at his sentencing hearing, Perez tried to explain his actions to an outraged public. "The lines between right and wrong became fuzzy and indistinct," he said in an unwavering voice. "I stepped over that line landing with both feet sometimes on innocent people. It didn't occur to me that I was destroying lives." Ray Perez remains in protective custody in a Los Angeles County jail, from where he recently informed his lawyer that he has found God.

David Mack got 14 years in a federal prison for the bank robbery but never told the authorities where he had stashed the major part of the money. Mack has been transferred to a federal prison in the Midwest, where he has repudiated his police past and claimed heavyweight gang connections.

Rojas, the ex-gang member who was framed for drugs, says he crossed paths with Mack as he was being transferred from one prison to another. As Rojas sat across the hall from Mack, he passed the former cop a note, asking, "How does it feel?"

He never got an answer. ◼

—*Additional reporting by Laurina Gibbs and Charles Rappleye*



**THE COPS ARE ROBBERS**

A CONVICTED COP'S TRUE STORY OF POLICE CORRUPTION

**GERALD W. CLEMENTE**

with KEVIN STEVENS

How do cops end up participating in one of the largest bank burglaries in American history? What happens beneath that blue uniform that turns the impulse for public service into the impulse for personal gain, without any regard for the law and authority that the uniform represents?

In *The Cops Are Robbers*, former police captain Gerald Clemente answers these questions as he describes the Depositors Trust robbery. Over the Memorial Day weekend of 1980, six men, including Clemente and two other Boston-area policemen, broke into a bank in Medford, Massachusetts. Over the course of three nights they rifled cash, gold and jewelry from the vault's two safes and thousand safety deposit boxes. Their takings have been estimated as high as $25 million.

It soon became clear that the heist was close to being the perfect crime. Each of the six had ironclad alibis. No one could provide enough evidence for even one indictment. As the years passed and the statute of limitations closed in, it appeared that the burglars were home free. But then there was the cocaine, the paranoia, the attempted murder—and the perfect crime began to come apart.

# 1

## The Tarnished Badge

How do cops end up participating in the largest bank robbery in American history? What happens beneath that blue uniform that turns the impulse for public service into the impulse for personal gain, without any regard for the law and authority that the uniform represents? Is a police officer patrolling the streets of small-town America one day, sticking to his principles and protecting the people, when all of a sudden the thought pops into his head: "Gee, that bank there must have one hell of a bundle inside—why don't I just go in after it?"

Hardly. The process that led to that fateful 1980 Memorial Day weekend at the Depositors Trust in Medford, Massachusetts, was a long and involved one, touching many lives and ~~~~~~ ~~~~ ~~~o the system. No one can understand that event without understanding the whole complex network of contacts and favors and privileges that characterizes Massachusetts business, government and law enforcement, a network that all too easily gets tangled into knots of corruption. And believe me, corruption is something I know about.

Few people like to talk about police going bad. Few people like to admit that corruption exists. But it does. And I'm not talking about isolated incidents or occasional lapses. I'm talking about wholesale, deep-seated, extensive corruption, the kind that wraps a young man in its grasp and caresses him into believing that if he wants to get on in the world there just isn't any other way to go. I'm talking about the kind of corruption that fools a public servant into thinking he is not

Case 1:04-cv-10602-MEL   Document 2   Filed 03/29/2004   Page 24 of 47

responsible to any authority, the kind that takes three cops like Jerry Clemente and Tommy Doherty and Joe Bangs, each completely different from the other, and makes them accomplices by appealing to the single, overriding characteristic they share—greed.

Everyone has his own story. In my own case you have to go back thirty years, and even then you haven't gotten to the beginning. When I got out of the army in 1955, I was young, idealistic and eager to do well. I came from a close, hard-working family from Medford. My immigrant father had worked his way up in the world the hard way, pursuing the ...rican dream by working night and day and saving every ...enny he could. He did all right, too. By the mid-fifties he had established a successful rug business, a bowling alley and a web of political and business contacts that included influential local and state politicians. There was one man in particular, a good state representative who cared about people in his district and had some power in the State House, who made sure things never got too rough for my dad. This guy, who you would never dream of calling corrupt, didn't hesitate to use his position to grant people favors. After all, the spoils system in all its manifestations is the common currency of Massachusetts political barter.

My dad knew this rep well and did a lot for him, providing all his family with rugs and giving them first-rate service. In ...x?...nge, the guy would do favors for my dad and his friends. ...siness was slow during the summer, he would give my ...ad a job on a summer work gang. He could get my dad rug contracts for government buildings. My dad was honest, but ...often heard him talk about other arrangements this man had ...made—putting someone on the state payroll, for example, even though he wasn't working; getting someone disability pay even though he wasn't hurt. But everyone accepted these arrangements as natural methods of doing business. They were part of a representative's political responsibility. They were part of the system.

For the first four years following my discharge from the service, I worked a variety of jobs, including a stint with my dad's company. I used the GI Bill to finance a course in locksmithing—a subject that became an obsession with me and turned out to be very valuable to my criminal exploits in later years. Then, in 1959, I reached the first big turning point in my professional life—I took a civil service exam for entry into the Medford Police Department. I did well (I've always done well on exams), and I was accepted onto the force. On May 17, 1959, I reported for my first night of work, clean-shaven and innocent. I was excited because I was finally in a job where I could work hard and get on. I had faith in my own ability— and in the system.

My faith in the system was compromised immediately. I arrived at the station punctually, my uniform neatly pressed, my shoes spit-and-polish shiny, my badge, gun and club fresh in my possession. I had butterflies in my stomach. I was eager to make a good impression and gain acceptance from the veterans on the force. I'd heard that camaraderie was important in Medford, that the cops didn't like loners.

I was introduced to a few guys. The cops were aloof but friendly. I started to settle down. The sergeant assigned me to a cruiser and got me together with my first partner, Jackie Mullins, known on the force as Crusher. Crusher was a big, genial Irishman with a thick mustache and a wide smile. He talked to me with real warmth and treated me paternally. He'd show me the ropes, he said. He'd take care of me. I began to feel comfortable.

He took me out to the cruiser, telling me what to expect, educating me on procedure. The night was clear and warm and full of promise. I was a cop. I was learning my trade. But before the night was through I was to learn a lot more than I had bargained for.

About two in the morning we were cruising along Medford Avenue, looking crosswise down empty, moonlit streets and listening to the occasional crackle of the scanner. Crusher

12                THE COPS ARE ROBBERS

pointed out spots where he had broken up a fight or collared a burglar, but nothing much seemed to be happening that night.

"Action is the exception, kid, not the rule. Better get used to nights like this."

But just as he finished speaking we spotted a shadowy figure sprinting across the avenue and down an adjoining street, carrying what looked like a large lawn chair in his arms. Crusher flipped on the flashers and hit the accelerator. We turned the corner and eased up beside the guy. I tensed, my hand near the butt of the revolver I had not even fired in practice yet. My first piece of action.

But when I looked at the guy I saw that he was another Medford cop, in full uniform. I relaxed, a bit disappointed.

"Hey Jack," the guy said.

"Dick, how ya doin'?"

Dick leaned the chair against the idling cruiser and pointed vaguely up the street.

"Good, Jack, good. Just caught a couple guys breaking into Zayres."

He gestured at the lawn chair.

"Dropped this and took off before I could get a good look at them."

Crusher nodded, stroking his mustache. Overeager rookie that I was, I decided to get my two cents in.

"Well, let's bring the chair back."

Jick and Crusher shot each other knowing glances. Crusher picked up the chair and handed it to Dick.

"Get back in the car, kid," he growled at me.

Confused, I looked back and forth between them. He wasn't kidding. I returned to the front seat while Crusher and Dick spoke quietly. Dick left with the chair and Jackie wheeled the cruiser around, heading us in the opposite direction. After a silent couple of blocks, he spoke:

"Lesson number one, Jerry: you see another cop with a

---

THE TARNISHED BADGE                13

chair, a television, whatever, you keep your mouth shut. You say your hellos and you move on your way. Whatever he's doing is his business."

He paused and held up two fingers.

"Lesson number two: don't play high and mighty. You want to be part of the club, you act like people in the club. You don't want to, hey, that's up to you—but don't expect people to trust you."

He kept talking. As I listened I learned the real meaning of camaraderie in Medford. There would be no acceptance without compliance. Stealing made you one of the guys, part of the club. If you didn't participate, you weren't trusted; it was as simple as that. The others had to have something on you so that they knew you wouldn't talk if you saw them transgress. And everybody, or almost everybody, transgressed. If you were dispatched to the scene of a break-in, you lifted a couple of items and stored them in the trunk of your cruiser while waiting for the owner to show up. And it was easy enough to justify: the crooks got away, the owner got his insurance money, and the cop got a new radio or wrench set or garden hose. Everybody was happy. I may have been shocked to discover this activity, but for a young man used to seeing favors traded in business and politics, it was an easy step to take.

But I soon discovered that the corruption cut a lot deeper. If a cop wanted something badly he wouldn't necessarily wait for a break-in—he often became a burglar himself. Night shift then became a boon instead of a pain. At any given time, two-thirds of the force was on one of the two night shifts—the four to twelve or twelve to eight—and because the shifts rotated, anyone on the force was liable to become a thief. No business was safe. A major shipping company in town was a favorite target. Cops would enter from underneath the building, removing floorboards and lowering typewriters, furniture, even refrigerators through the hole and into a waiting truck. Alarms were no problem; the cops had the experience,

THE COPS ARE ROBBERS

plenty of time to investigate and no fear of the law. They *were* the law. A department store might be completely bugged except for the skylight, so down the skylight the cops would go and out came clothes, household goods, appliances. Around Christmastime a big toy store became the center of attention. One of the cops would bypass the alarm by breaking into an adjoining laundromat, shimmying along a crawlspace above the store, dropping into the building on the other side and letting his cronies in the back door. Pool tables, bikes, toys—anything these young cops needed for their kids over the holiday season disappeared. And only the really stupid got caught because you had to be stupid not to get away with something easy.

The longer I was in Medford, the more I realized how extensive police corruption was. It had been around a long time before I arrived, and it was not confined to my hometown. I soon learned that every Boston-area town—from working-class communities like Chelsea and Revere and Somerville to wealthy suburban towns like Belmont and Newton and Brookline—had its share. Once, when I was investigating a break-in at an electronics firm in Wellington Circle in Medford, a cop from Cambridge, which is two towns over, arrived and asked if he could take a television. He had heard about the burglary over his scanner and rushed over for a piece of the action! Wellington Circle plaza had so many stores grouped together and was so prone to police thievery that it was known among cops as "Treasure Island." Whatever you ...ed was there. And again, the step was an easy one—after all, you were just picking up something for your wife or kids. And weren't you doing enough for the community? Didn't you put your life on the line?

One of the biggest ironies of police corruption is that cops do serve the community, they do put their lives on the line. Even as I was receiving lessons in nocturnal pilferage I was conscientious in other respects. One night in 1960 I was doing duty in my cruiser when news of a holdup of a liquor store

THE TARNISHED BADGE

in West Medford came over my radio. I had just returned to the force after a five-day suspension for "incorrigibility" during a training session at the state police academy in Framingham. Let's just say there was a personality conflict arising from me being the individual I've always insisted on being. At any rate, the only reason I was in a cruiser at all was because the captain who was officer-in-charge that night liked me and didn't want me to have to walk straight nights, my "sentence."

As soon as I heard the holdup news I picked up the route man and roared up Boston Avenue. Suddenly the holdup car went screeching by in the opposite direction. I spun a U-turn and sped after it. Next thing we knew, the two of us were staring down both barrels of a shotgun the thieves stuck out the rear window of the vehicle. We drew our guns and started blasting away, and when the smoke cleared three Somerville hoods were in our custody, one with a gaping head wound, and the chamber of my .38 was empty. It was the first time I had fired my gun in action. I was one of only three men that year to receive a medal of valor from the city of Medford. I received seven straight days off and a fifty-dollar-a-year bonus for as long as I stayed on the force. And the "incorrigibility" was forgotten. I had, as the captain later said to me, "shot my way out of the shit."

So in those early years, at least, I didn't really see corruption for what it was. It was part of a system that everyone accepted, and the very men who sincerely praised and rewarded me for my bravery and community spirit turned a blind eye to petty thievery. That was just the way it was. And it was only years later that I saw just how complete that corruption had actually become, how it perpetuated itself and turned into a kind of cancer that spread throughout a cop until there wasn't anything else inside him. And the person who made me see this most clearly was Tommy Doherty.

By the time Tommy joined the Medford Police Department in 1966, I had moved on to the Metropolitan Police. I never

14

15

actually worked with Tommy on the force. After the Deposi-
tors' Trust robbery, Boston magazines and newspapers fre-
quently called us childhood buddies, but Tommy is ten years
younger than I, and I didn't get to know him until I was well
into my thirties.

Tommy grew up even more familiar with the network of
favors and privileges than I, and he certainly needed a few
of them in his career. He always seemed to have plenty of
friends and relatives in high places who could get him out of
the many jams his lack of conscience got him into over the
years. He came from a long line of cops: his great-grandfather
had been a policeman in Ireland, his grandfather a Massa-
ssetts state trooper, and his father a Medford detective who
had died in the line of duty. Tommy originally followed in
his grandfather's footsteps and joined the state police in the
early sixties, but he ran afoul of the hierarchy rather quickly
when he was found with a stolen car in his possession. Unof-
ficially, he was thrown off the force. Officially, someone Tom-
my knew cut a deal whereby a Medford officer got transferred
to the Metropolitan Police (a move the cop wanted) and Tom-
my got transferred into the new vacancy in his hometown.
It wasn't the last time he needed the machinery of privilege
to get himself out of a fix.

Tommy was a cocky, streetwise kid. But he was also soft-
spoken and straight. He never showed off. He had all the tools
to be a good cop. Smart, careful and meticulous, he kept his
. . l in a crisis. He was a good organizer and he got on well
v...n everybody. He was a hard worker who was always hustl-
ing to make a buck—buying property, fixing it up, renting
out equipment he had invested in, tinkering with old cars. He
wore old clothes and drove a truck. People in his neighbor-
hood liked him.

But Tommy used his skills in both directions, fitting right
into the night world of the Medford police. Sometimes he went
too far and got burned. In 1972 his brother-in-law, Jackie
Gillen, allegedly broke into a Woolworth's and got nabbed

by a Metropolitan cop soon afterwards with an illegal gun in
his possession. Tommy tried to talk the parkway patrolman
out of pressing charges, saying that the gun was his. But Tom-
my had some enemies on that force, and the patrolman
reported him to the Medford city manager. He got canned
and returned a year later only by the grace of his unknown
connections, who again pulled strings to get him back on the
force.

I became friendly with Tommy in the seventies, when I was
on night-watch and he was a sergeant in Medford. We would
often meet in the Golden Egg or Howard Johnson's for cof-
fee, then ride around in Tommy's cruiser shooting the breeze.
Gradually I found out that if I needed anything—a car bat-
tery, an electric drill, even a washing machine—Tommy would
get it for me, or for anyone he was friendly with for that mat-
ter. No money down, no monthly payments. It was yours.
And there was no doubt about the source of the merchandise
either. As one of Tommy's colleagues once told me: "Tom-
my is the type of guy who would steal an airplane in midair
even though he didn't have a runway to land it on."

Of course, if Tommy did you a favor he would expect one
in return. He skillfully manipulated the favors due him so that
he could do what he liked and get what he wanted. He also
used his power on the force to his own advantage. As a ser-
geant, and later as lieutenant, he was often officer-in-charge
at the Medford station. He would send cops out on bum calls
and then do his business where he knew they wouldn't ap-
pear. As I said, he was smart and careful.

One cold winter night in the mid-seventies Tommy and I
were cruising slowly around Medford with the heater blasting.
As snow melted against the windshield I talked about a car
I was thinking of buying, seeking Tommy's advice. Tommy
asked me a bunch of questions as we pulled into Medford
Square. An illegally parked car attracted his attention, but
it was so cold out he didn't even bother getting out to ticket
it. We turned the corner and drove down High Street. Tom-

my pointed at the Depositors Trust Company with a gloved thumb.

"That's my bank," he said.

"What?"

"That's my bank," he said.

"That's my bank. Some day I'm going to hit it and I'll be the richest son of a bitch in Massachusetts."

"Yeah, right. Tell me about it."

I figured Tommy was talking through his hat. With its dull, whitewashed exterior and low-key lettering, the bank seemed like the last one in Medford he should be interested in. There couldn't have been that much money in there.

"Laugh if you want, Jerry. I'm telling you, there's a lot .f dough in that institution."

I looked at him. He was serious.

"You been in there?" I asked.

He nodded.

"Sure. Got my own deposit box in there in '66. In the vault at the back. Every time I go in there I see these two fat safes just waiting to be rifled."

"Who'd keep their money there? Look at it."

"Are you kidding? Anybody who's anybody's got dough in there."

He mentioned a couple of prominent local businessmen. "You know those guys? Loaded with krugerrands they are, loaded. They got a ton of money in there. And then there's the money that isn't legit—Howie Winters, the Mob—you can your badge they do some laundry in there."

He whistled.

"One hell of a load . . . one hell of a load."

"But the place must be bugged to the gills. And the walls, the vault walls—two feet thick, right?"

"Hey Jerry, I'm not saying it'd be easy. I'm just saying that if you could do just one hit in your life, one dream score, that'd be the one to do. You'd never have to do another job again . . ."

His voice trailed away. I watched the snow swirling in the

headlights and thought about the long, cold night ahead. He had a point; he certainly had a point.

Tommy could say things like this to me because he trusted me. And I trusted him. I knew I could tell him anything without it going beyond the two of us. I knew he would keep his cool in an emergency and never rat on a pal. When that dream score, no more real back then than the melting snowflakes on the window, finally did become a reality, I still counted on Tommy. Even when things started going crazy. What I didn't count on was the cocaine and the jealousy and the paranoia—and Joe Bangs.

As the Medford Irish might say, Joe was a different kettle of fish altogether, a complete contrast to the cool, trustworthy Tommy Doherty. Joe was a big spender, a heavy drinker and a keen gambler. He wore fancy clothes and flashy jewelry and always had a good-looking woman on his arm. He drove Jaguars and Mercedes and owned a home in Tewksbury worth half a million dollars. Joe loved to show off his wealth—he would never allow a friend to pick up the tab and he always carried a thick wad of bills. He was into conspicuous consumption.

But as soon as he had bought you dinner Joe would steal your wallet. I had to learn this about him the hard way; by the time I discovered that Joe would turn on his closest friend or nearest relative the damage had been done. Maybe it was drugs, maybe it was greed, but Joe went off the deep end after the heist. When he talked about killing a relative or associate of his, you could tell he wasn't kidding. He had it in him.

Joe had always been impulsive and hot-tempered, however, and he made enemies as fast as he picked a fight. Unlike Tommy he could not keep his cool in a crisis. He also lacked Tommy's caution and patience. In fact, the only characteristic these two cops shared was a willingness to bypass legal methods of making a buck—and Joe was always looking for quick routes to wealth, legal or otherwise.

I first met him in the sixties, when he was running an

aluminum siding and gutter business in Cambridge. I could see he was ambitious. Even back then he was always asking leading questions about the police, looking for angles and contacts. Joe was the last man I could see in a cop's uniform, but I knew that he was aiming for a badge. I knew that if he ever did get behind a badge he would milk his position for all he was worth.

He got his wish in the early seventies when he got onto the Capitol Police, the force that patrols and protects Boston's government buildings. I didn't see Joe too often in those days, but from what I heard he started lining his pockets immediately, beginning with the state office buildings. He robbed them 'lind, lifting office supplies, chairs, typewriters—anything he could get his hands on and sell on the outside. Joe was anything but discreet, and he got a shady reputation quickly, both on and off the job. He always had plenty of spare cash to spend on gambling and cars and women, and he went out of his way to be noticed. He wanted to be known as a big spender.

Joe treated most people poorly. He turned on his pals and slapped women around to prove his manliness. Because he was so prone to fights, he hung around with a big ex-con named Francis X. O'Leary, nicknamed "Brother" because of his placid, almost religious face. But Brother was anything but religious. His specialty was breaking heads. He was good with his hands and even better with a baseball bat, and at six-two and two hundred pounds he was just the kind of guy Joe needed to cover his ass in a brawl.

I got to know Brother pretty well when he joined us for the heist. He was a funny guy, constantly joking, who never got upset and always kept his cool. He dressed well and sported a neatly trimmed fu manchu mustache. He chainsmoked, but back then I never knew him to use drugs. He was always looking for a score. He would pick up women and steal their pocketbooks, or give a guy a ride, sucker-punch him and steal his wallet. Most hoods in town knew Brother.

Later, when everything unraveled and Brother and I spent

some time together in the can, he told me a story about Bangs that opened my eyes to my so-called friend's true nature.

Joe and Bangs grew up together in Cambridge and became partners in crime a long time ago. Brother helped Joe rob the state office buildings and knew where he could get rid of hot property. One night the two of them broke into a lamp store on the McGrath Highway in Cambridge, stole some lamps and rifled the till. A security guard saw them exiting the store via a broken window and jotted down the license-plate number of Joe's car before calling the Cambridge police. Joe was on the Capitol Police at the time. When they were picked up, Brother took the rap, saying that he had borrowed Joe's car and done the job on his own. Even though the police knew that Joe was involved, there was nothing they could do in the face of Brother's testimony.

Brother got sent up the river for five years. In exchange for Brother's actions, Joe agreed to pay his friend's wife a hundred dollars a week for as long as he was in jail. She didn't see a nickel. In the three years Brother ended up serving, Bangs visited him twice. It never ceased to amaze me that even after that betrayal, Brother continued to associate with his "friend." During the Depositors Trust job, all certainly seemed to be well between them. But Brother should have known better than any of us that when Bangs was threatened with going under, through no one's fault but his own, he'd make sure that everyone else went first.

But Bangs was a friendly guy who inspired trust in people, even those he'd already burned. He moved onto the Metropolitan Police in the mid-seventies, giving me a chance to know him better and observe his antics up close. I had originally joined the force in 1963 because at the time it paid more money and offered more opportunity for advancement. With civil service exams every two years, I could climb the career ladder a lot more quickly than I could in Medford, where exams were few and far between. So by the time Joe arrived I was solidly established and pretty popular on the force.

22

Though corruption wasn't as blatant on the Metropolitan Police as it was in Medford, it existed. Patrolling parkways, expressways and beaches does not create the same kind of business opportunities that looking after a downtown area does, but I knew that not everything was kosher among Metropolitan cops. During the gas crunch of the seventies, for example, patrolmen were stealing gas from cruisers, and when a stolen car was recovered on Storrow Drive or in Franklin Park and towed into headquarters, it wasn't unusual for parts to go missing before its owner was notified.

Bangs fit right in and raised the corruption to new levels. From the beginning of our relationship our differences were obvious. While my thoughts were on career and promotion, his were on making a fast buck and having a good time. We became friends on the job but never socialized together. We moved in different worlds and our lifestyles were at opposite poles. I'm not saying I didn't bend a few rules myself, but I was a little more subtle than Joe. One time he rolled a drunk and got into hot water at headquarters—I straightened the situation out. During the big snowstorm of 1978 he and another cop backed a cruiser into the picture window of a big discount store in Boston and took off with a couple carloads of merchandise. Later that year Bangs approached me about buying a civil service exam for sergeant that he was due to take. By that time I had access to certain exams and—well, that's another story. Let's just say I helped Joe out. I was into things pretty deep by then.

But as deep as I was, Joe was deeper, getting into areas that I refused to involve myself in. One was drugs. After the heist Joe was to become one of the biggest coke dealers in New England, averaging at one point, he told me, fifteen grand a week—while he was still a police officer! Unfortunately for Joe, by then a lot of that coke was reaching his own brain, to the point where he could not distinguish between reality and fantasy, between honor and betrayal, between friends and enemies. Even when he was staggering through the quiet streets

of Medford, high on freebased cocaine, bleeding profusely from shotgun wounds in his back and chest—even then Joe could not see the bizarre world he had created for what it was . . . but now I'm getting ahead of myself. All that is to come.

Joe, you see, was a cop who wanted to be a hood. He saw himself as another Howie Winters even though he had nothing like the network of hoods the famous Somerville mobster had working for him in the old Winter Hill gang. Joe liked to give the impression that he was connected to underworld figures, and before long he actually was. Not long after he joined the Metropolitan force Joe became known as the man to get in touch with if you wanted a hooker or a card game or a night on the town. He and another Metropolitan cop, now in the slammer because he wasn't careful enough with a suitcase of hashish and a sawed-off shotgun, would rent an apartment in the nearby town of Everett and run card games, skimming a percentage of each pot. Most of their patrons were cops, but the frills they provided were hardly legal—dope, hookers, cheap booze, videotaping sessions involving prostitutes, whipped cream and cherries—I never visited these parties, but I heard plenty of stories. And if Joe Bangs was running things you can bet the scene got pretty perverse.

But at work Joe and I stayed pretty tight, and when he knocked heads with the establishment I stuck by him; that was how I had been taught to operate all my life. You stick by your friends, doing them favors and receiving favors in return. That was the system and the system hadn't failed me. So when Joe passed the sergeant's exam in 1978 and ran into trouble with the superintendent of the Metropolitan Police at the time, it was only natural that I should help him out.

The super, who had never liked Joe to begin with, heard rumors about Joe's card games and started a campaign to deny him the promotion he was due. He put together a file on Joe, collecting statements from other officers who had attended Joe's social evenings. He wanted to initiate an internal in-

23

vestigation, deny Joe the promotion and perhaps oust him altogether.

Joe caught wind of the file and came to me. Late one quiet night in September I picked the lock on the super's door at headquarters. We found the files and made copies. We took the material to a prominent Massachusetts state senator, for whom Joe's uncle worked, and left it with him. He had his own ax to grind with the superintendent and gave him a call. When he started reading the files over the phone the super sputtered in rage.

"Where did you get those?"

"Let's just say," the senator replied, "that there are people out there who don't like you."

"This is outrageous . . . this is . . ."

"I hope you're in a position to reveal your sources, because if you're not . . ."

Joe Bangs got his promotion. And I . . . well, I earned a favor and added to my store of experiences of law enforcement and politics, Boston-style.

You can see, then, that by 1980 I had received a pretty thorough education, dating back over twenty years, in the complexities of police privilege. I had come to know some people who didn't exactly do things by the book, and I had failed to read the book myself a few times. There was no doubt that at some point I saw these dark deeds for what they were, but that darkness had arisen from a gray area of camaraderie and /or that in Massachusetts is very, very wide. When the details of the Depositors Trust heist began to come together, when the people and the possibilities started to surface, I didn't think twice about my own involvement. After all my experiences in Medford and the Metropolitan Police, after my contacts with the shady worlds of business and politics, after my friendships with Tommy Doherty and Joe Bangs—after all that, robbing a bank was nothing. Nothing at all.

# For the Love of Money

## 2

On Halloween night, 1979, I drove to work with a splitting headache and major concerns about the shift ahead. This night was always one of the most hectic of the year, with bonfires raging in the parks, illegal firecrackers popping off all over the city, pranksters pulling all kinds of practical jokes and thousands of little kids wandering the streets, collecting goodies and running the risk of garnering tainted candy and razor-blade-spiked apples. As night-watch commander of the police force responsible for Boston's parks, beaches and parkways, I knew I was going to be at the center of this commotion, which would not help my pounding head. As goblins, witches and skeletons scampered by, I pulled into Metropolitan headquarters on Somerset Street in Boston and took a deep breath.

The night turned out to be relatively quiet, however, and by midnight the worst was over. I was relaxing in my chair with a 7-Up when I heard a knock on my door. Trick or treat, I thought.

"Can we bug you a sec?"

It was Joe Bangs, in mufti. He came in, followed by a hulking, smiling Brother. No sooner was Joe in the office than he was dancing around, jiggling his keys and hitching at the lapels of his expensive leather jacket. I knew immediately that he had some scheme brewing.

"Mind if I close this?" he asked, pointing at the door.

"Go ahead."

They sat down. Joe kept glancing over his shoulder, as if ghosts were sneaking up on him. Brother twiddled his mus-

26                                    THE COPS ARE ROBBERS

tache and looked around my office as if he were casing the joint for a hit.

"This a social call, Joe," I said, "or are you here on police business?"

Brother laughed.

"It's like this, Jerry. I'm, uh, shopping for some equipment. Video cameras and so on."

"No kidding. What for?"

"You really want to know?"

"No."

Joe's card games and extracurricular activities were common knowledge by then, and I really didn't want to hear the details.

"Home movies of the kids," Brother said.

"Yeah, right."

"There's this TV supply store in Medford," Joe said, "on Mystic Ave? I figured it'd be an easy place to pop, but I thought I'd run it by you first. You know Medford."

I looked at Brother. Recently he and Joe had done me a favor by stealing a rust-bitten Cadillac I was saddled with and sinking it into sixty feet of water off a Boston pier. I collected five grand in insurance and no one was the wiser. These guys knew they could trust me, but could they trust each other? If Brother had any doubts about doing another break-in with Joe, he certainly wasn't showing them now.

"What place?" I asked.

"Joe mentioned the name of the firm.

"No way," I said. "It's bugged."

He smirked.

"No problem. I got an alarm man."

"You?" I asked Brother.

"Not him," Joe said, "a *real* alarm man. A pro."

Joe's proposal sounded too much like his usual pathetic attempts at acting big-time, so I didn't take him too seriously. If he wanted to think of himself as a big shot with connections, that was fine with me, but I wasn't going to waste much

FOR THE LOVE OF MONEY                                    27

time with him. So, in order to get rid of him more than anything else, I said:

"I'm not really the guy to talk to, Joe. You should get in touch with Tommy Doherty. He's in the department there, he knows the Medford scene."

Joe's little plan would be right up Tommy's alley. But Joe did not know Tommy well enough to approach him with a question like this. Although they knew of each other, they weren't friends. Tommy knew some of Joe's friends, and he also knew I knew Joe. So I arranged a meeting over at Tommy's house, and Tommy listened carefully while Joe went over the whole spiel again.

"How good's this alarm man?" Tommy asked.

"The best."

"You sure?"

"Positive."

Tommy drummed the tabletop with his fingers and seemed to look right through us. I could see what was coming, what had been coming for years.

"You got an alarm man that good," Tommy said, "what are you messing around with some piss-ant video store? Why not hit something worth your while?"

"Like?"

"Like the Depositors Trust...."

The meeting shifted gears, moving onto an entirely different level. This was serious, and I wasn't sure what I had gotten myself into. Joe was nodding steadily and glancing at Brother, whose face had lit up like a pinball machine.

"Depositors Trust. You know it?" Joe said.

"Know it? I *own* the fucking place. That's my bank, just ask Jerry here. I know where the vault is, I know what's in it, I know how to get to it. I know where the alarm is and how it works. I'm not saying it'd be easy or I would have done it myself by now, but if you got a guy who knows he can take care of it, I can make damn sure nobody bothers him."

"Hey, I'm convinced."

THE COPS ARE ROBBERS

"So what's this guy's name, this alarm man?"

"Barrett. Bucky Barrett. A bank pro. My uncle knows him and says he'll get us together—for a price."

"If we do the Depositors Trust with this guy then any price is worth it. There's millions in there."

So the scheme was born. It is hard to believe now, but the genesis of the job was as simple and as smooth as that. Four of the six of us who ended up doing the heist—Joe, Brother, Tommy and I—were there in Tommy's house, moving from a simple little video store job to the score of a lifetime in a couple of casual sentences. Easy. But why shouldn't it have been? With Joe Bangs's connections and Tommy Doherty's position on the Medford P.D., doing this bank was going to be like stealing from the blind. Everything depended on Bucky Barrett. Would he know what he was doing? Would he coop-erate? Would he involve himself with cops?

We didn't have anything to worry about. Joe was right; Bucky was a pro, a safecracker and a bank robber all his life who knew his job inside out. When Joe contacted him he had just gotten out of prison after doing some significant state and federal time in a few Massachusetts corrective institutions, ending up at a forestry camp in Plymouth. Knowing Bucky, I have to laugh now at the thought of him planting trees and clearing woods. He was the ultimate con, the city kid gone shady with connections with the Murray gang in Charlestown, the Winter Hill gang in Somerville (both of which were very well-known in the Boston area) and the famous Kingston gang in Montreal. He knew procedure, equipment and timing. He knew gold, silver and jewels. But most importantly, he knew safes and alarms. He had the knowledge and the touch. So Tommy and I waited with bated breath a week later when Joe, his uncle Red Delaney and Bucky met at the Ten Hills Cafe in Somerville and cruised by the bank to have a look at the rubber boot that housed the alarm at the back of the bank.

"Shouldn't be a problem," Joe told us afterwards, "Bucky says it's pretty standard."

28

FOR THE LOVE OF MONEY

"He go inside it?"

"Didn't want to risk it. Said we should all go down there together when Tommy's on duty so we can take a little time and do it right."

"He trust us?"

"I doubt Bucky trusts anybody. But this is a business prop-osition he doesn't want to miss, you know what I mean?"

Two nights later the five of us met in the parking lot of a Howard Johnson's restaurant in Wellington Circle that was, ironically, across the street from a Metropolitan police sta-tion. Joe introduced us to Bucky, a short, chunky guy with a round face and a friendly smile. A fringe of dark brown hair circled his balding head, and his close-set, cagey eyes said he was on the ball. At first Bucky struck me as the kind of guy you could push around—friendly, soft-spoken, reluctant to raise his voice or offer opposition. There was nothing vicious about Bucky, at least not on the surface. He spoke with a nervous tic in his voice and an accent I couldn't place. Later I found out that he liked the fast life as much as Joe Bangs did, and even if he was not inclined to violence, his associations probably brought him to a violent end.

It was obvious in that first meeting that Bucky was testing us, checking us out. And you certainly couldn't blame him; he was getting involved in a job with three cops and a cop's friend, none of whom he had met before, and he was a man who made a living avoiding guys like us. So he wasn't giving anything away. All those years I knew him and dealt with him after the robbery, I never knew where he lived. I knew where I could find him if I had to, since he owned a jewelry store in Lynn and a bar in Boston, but his private life he kept very private.

We shot the breeze for a couple of minutes and then got down to business.

"Anybody else know about this?" Bucky asked.

"Red," Joe said, referring to his uncle.

"I'll take care of Red. Anybody else?"

29

We all shook our heads.

"OK, let's go."

We drove to the bank, Tommy following in his cruiser. The alarm was behind the bank, beside a parking lot off Governor's Avenue that served the stores on High Street. High Street ran up from Medford Square, the busiest intersection in the town and the center of the business district. We parked a block away, walked up and examined the immediate area. Directly behind the unit of buildings housing the bank was a door that opened into a common cellar for the optician's shop next door to the bank and a Brigham's ice cream parlor next to that. A set of stairs led down to the cellar door, surrounded by an iron railing. About fifteen feet above the railing and off to the right was the alarm, encased in a rubber boot. The parking lot was dark and empty, and though there were some apartments across the street that overlooked us, no one could have seen us, even if he had looked directly down.

We dragged some milk crates over from Brigham's and piled them under the alarm. Bucky climbed up for a look. I stood at the foot of the crates, a penlight cupped in my right hand so that a thin beam of light focused on the boot while Bucky worked. Brother held the crates, Tommy stayed in the cruiser monitoring the police radio and Joe did his usual nervous dance even though the parking lot was pitch black. Bucky pried the rubber casing off the boot, revealing an absolute maze of wires in what seemed like a hundred different colors. Carefully, slowly, he sifted through them with gloved hands, examining their arrangement and fingering the nuts that held them in place. After about fifteen minutes he replaced the casing and climbed down.

"Well," Joe said, "what's the scoop?"

"Piece of cake. A fucking piece of cake. Nothing electrical in there, just telephone and alarm wires. I get a meter, some clips from the phone company, and it's just a matter of time before I isolate the right wires."

"How much time?"

"Month or so."

"That's a while," Tommy said. "Why don't we check out the alarm panel at the police station, see if we can't just bypass it there."

The five of us did exactly that the following night, but we discovered that the alarm would also be triggered in the company that installed it. We would have to go with Bucky's plan. At the next meeting he assured us that, though isolating the wires might take time, it would be a cinch.

"Then we get a six-volt battery, run the current out of the alarm wires and into the battery, and we can do whatever the hell we want."

Bucky's words were like magic. We had visions of getting rich by Christmas: trips to Bermuda in January, new cars and fat bank accounts for each of us. But we were soon brought down to earth. It turned out that to test each wire individually, rig up the equipment, do a dry run and take all the other precautions necessary to avoid getting caught, we would have to put in quite a few man-hours. Obviously we could only work at night, and to be doubly certain of steering clear of trouble we decided to work only on nights when Tommy was on duty. Nothing but perfect was good enough. Bucky said over and over. We needed to be 100-percent sure.

So for the next couple of months we met once a week or so, braving the frigid winter nights, huddling around the boot while Bucky did his meticulous work. He had to take the nuts off every single wire, attach each wire to a special metal clip and test it on a meter that told him what type of wire it was. Every single wire had to be tested. The alarm wires would have a lower voltage—Bucky's meter would tell us. When he needed specific nuts and clips that only the telephone company could provide, we all broke into New England Telephone's warehouse on Locust Street and did a little shopping. Again, Tommy's position on the police force was invaluable—we knew we wouldn't get caught.

As Bucky progressed we started thinking about doing the

heist over the weekend of Washington's Birthday, when we'd have three days to work. In the meantime there were other matters to attend to. I picked the lock of the Burns Optical and Hearing Aid Center next to the bank and cased the place with Tommy. We knew we could get above the bank vault if we broke through the back wall of the shop. Conveniently, the owner had recently built a loft exactly where we had to work and installed heavy-duty electrical outlets right where we needed them. He had installed them for a lens-tempering unit and a lens-edging machine (similar in their electrical requirements to a drill), but he was later to get a lot of flak from the community and from the FBI for what looked like a fortuitous bit of remodeling.

Joe wanted a diagram of the inside of the vault, so Tommy and I visited the bank. I stayed in the customer service area while Tommy attended to his safety deposit box. He mentally paced off the dimensions and noted the positions of the boxes and safes. When he came out he told me that there was so much money in there that they had bags of it lying on the floor. We told Bucky and he simply smiled. He knew what this meant. It soon became obvious that Bucky was even smarter than I thought. He rehearsed us very carefully, always explaining every step, pointing out the dangers and pitfalls he had suffered in the course of his career. He was putting his experience to work for us. December passed. January. We soon saw that Washington's Birthday was unrealistic, so we set our sights on Memorial Day, the next long weekend. That would give us plenty of time.

By the time Bucky isolated the alarm wires we were into April and right on schedule. Bucky had nearly finished putting together a bypass box, a small unit the size of a cigar box that would interrupt the current of the alarm, keep it live, but enable us to break into the bank without the alarm going off. Because the voltage would be maintained, the alarm would remain intact. We were nearly set.

Mid-April we met at Joe Bangs's house. Bucky took over the meeting, detailing duties, setting a schedule, reminding us

of the little precautions only an experienced bank burglar would know.

"OK, let's talk about equipment," he said. "First we need a drill, a good one that can't be traced. We'll need it to go through the optician's wall and then down into the vault. Anybody know a good place to get one?"

Brother said he knew a store on Western Ave.

"Good. Pay cash and use a phony company name if they ask you to fill out a card. Make sure you file off the serial number—we'll dump it afterwards, but you never know, they might find it."

"What about the vault roof?" Joe said. "It'll have metal rods running through it."

"I'm getting to that. I know a place in New York where I can get special carbide-tipped core bits that won't break, even if they hit metal. They're not what you call a common item, so you got to be careful. What we do is, drill a circle of holes and then bash through with sledgehammers—if we can. If that don't do it we'll dynamite."

"Dynamite?"

"Yeah. Quarter-stick should do her. I'll take care of that and the sandbags to go on top. Now, we'll also need torches, for the safes and for the metal rods."

"I got torches," Tommy said, "and I know where I can lift a couple of acetylene tanks so they can't be traced."

"Good. That'll do for the safes. I'll bring a little portable job for the rods in the vault roof."

"We gotta use dynamite?" Joe asked. He was nervous just thinking about it.

"Yeah," Brother said, "and if you're not careful it'll blow your fucking head off."

We all laughed at Joe's nervousness, but if he was like this now, how would he be when we were in the vault?

"Tools," Bucky said. "We'll need sledgehammers, crowbars, chisels, screwdrivers and small hammers."

Case 1:04-cv-10203-MLB   Document 2   Filed 03/29/2004   Page 36 of 47

89



The Depositors Trust Company, Medford, Massachusetts.



The scene greeting bank employees on Tuesday morning.

WBZ TV

92

The rifled safety deposit boxes.

WBZ TV

93

94



The torched bank safe.

WBZ TV



The dynamited hole in the roof, as seen from the floor of the vault.

95



96

Jerry Clemente (rear) after apprehending two liquor store robbers in 1960.

Tarheel Corp.



97

Better days: Jerry Clemente receiving his medal of valor from the Medford city manager in 1961.

Tarheel Corp.

# THE CASE

## FOR

# KENNY CONLEY

An ex-Boston cop
faces jail time for lying
about a case of
police brutality.
But what if he is telling the truth?
BY DICK LEHR



Left: Kenny Conley with his parents after his graduation from the police academy. Officer Michael Cox, in 1997. Top, from left: David C. Williams and James J. Burgio. The former officers deny any role in the attack on Cox and are fighting their terminations from the Boston Police.

Photographs of Cox, Williams and Burgio by John Tlumacki / The Boston Globe

# "It's not just the people who beat Michael Cox who put me in this situation, it's everybody who knows one inkling of what's going on," Kenny Conley says. "These people are such cowards."

THIS IS KENNY CONLEY'S NIGHTMARE: "I'LL BE WALKING DOWN the street and a black car with four guys jump out at me and say, 'US marshals, Mr. Conley. Come with us.'"

Midsummer, under a clear twilight sky, Kenny is working the grill on a small backyard patio, but this is also a scene from his nightmare. Because for three years now, only his lawyers' appellate moves have kept him home rather than behind bars.

Kenneth M. Conley, 32, has been living on borrowed time – a disgraced former Boston police officer with a 34-month federal prison term hanging over his head for his part in the coverup of one of the most shameful cases of brutality in the history of the Boston Police Department.

More than a dozen pumped-up Boston officers had steered their cruisers onto a dead-end street in Dorchester that January night in 1995, a convoy of police in the throes of a high-octane pursuit of four black murder suspects in a stolen gold Lexus.

Jumping from his unmarked cruiser, plainclothes officer Michael Cox headed after another suspect who'd fled toward a chain-link fence surrounding the cul-de-sac. The young black officer was at the fence when the first blow came. "It felt like a metal pipe," Cox testified later. Turning to face his attacker, Cox was hit again. Down he went. "I was trying to get up. There was someone standing in front of me. And I looked, and I could see he had on a boot. And I started to look up, and the person kicked me in the face."

Fellow cops, both black and white, had thought Cox was a suspect. In the coverup afterward, dozens of officers either fell mute or lied. The official reports were a concoction of the absurd: Cox suffered near-fatal injuries from a slip on ice. No one ever admitted to attacking Cox. For two years, the Boston Police internal affairs unit, the anti-corruption unit, and a Suffolk County grand jury tried to develop evidence to charge the assailants. In 1997, the federal government took over and also failed. "We have hit a blue wall," then-US Attorney Donald M. Stern said at the close of the investigation in early 2000.

Stern might as well have said, "We have hit Kenny Conley." The night of the beating, Conley was running after the same suspect Cox was

chasing. Conley actually made it up and over the fence and captured the suspect after a long chase. Convinced that Conley was an eyewitness, prosecutors targeted him. Conley insisted he saw nothing – not Cox, not the beating – and talked about "tunnel vision." Prosecutors called him a liar, and a 12-member jury convicted Conley in 1998 of one count of perjury, for saying he did not see Cox, and one count of obstruction of justice.

Conley, argued federal prosecutors, would not break free of the dark vow of police solidarity – to never squeal on your own. He became the standard-bearer for the blue wall of silence.

But what if the government was wrong?

THE LIFE OF KENNY CONLEY IS ONE OF THOSE MODEST SOUTHIE stories that unfolds within a few blocks of where he was born. Talk to people in the neighborhood, or even the police department, and what comes back is that Kenny Conley, growing up, was always a "good kid," accomplished and a straight shooter.

"I think I always wanted to be a cop," Conley says. He and his twin sister were born on December 11, 1968. He had an uncle on the police force, and as a boy, Conley says, "I was always impressed by his uniform." Conley's father was a truck driver and later a track worker for the MBTA and is retired on disability. His parents separated when he was a teenager. His mother, a teacher and a waitress, died following a brief illness in 1994 just a few months, it turned out, before the Cox beating in January 1995.

First in the neighborhood and later in high school, basketball and football were always a big deal to Conley. He played CYO basketball at Gate of Heaven parish and later in high school at Don Bosco Preparatory School. (After high school, when he played in the parish's adult league, one of the teams Conley went up against was made up of five Evans brothers, including Paul Evans, today's Boston police commissioner.) For Conley, 1987 proved a high point. He'd come a long way from the low B's and C's of freshman year to National Honor Society as a senior. He was named a Golden Bear at Don Bosco, an honor awarded for character and leadership. In Southie, he was that year's winner of his church's Catholic Youth Award.

Conley's class book in eighth grade asks students to predict their future. "Mine says: Boston police officer." His prediction came true six months after his high school graduation. Continued on Page 3

## Kenny Conley
*Continued from Page 16*

He'd been accepted to Suffolk University but decided not to attend. He had applied to become a police cadet, and he was notified there was spot for him at the academy. First as a cadet and later as an officer, Conley always stayed in Southie, sharing apartments with either lifelong friends or other cops. To save money, he'd move back for a spell into the family's house on H Street. Five years ago, during a downtown Octoberfest celebration, he met Jennifer Gay. She had grown up in Norwood. They began dating in late 1996. In 1997, Conley was targeted by federal investigators in the Cox scandal. The couple married in September 1999, 14 months after he was convicted.

In winning, prosecutors played off two cultures – Southie and cops. Both are known for their codes of silence, for circling their wagons, for an us-versus-them state of mind. During his trial, Conley seemed to abet the stereotypes. The jurors, seven women and five men mostly from the suburbs, saw not only a young cop from Southie, built like a brick, sitting silently at the defense table, but also, behind him, they saw a wall of similar brick-like men – Conley's friends, some from Southie, some off-duty officers, looking like they took weight training seriously. The courtroom atmospherics favored the government; at least one juror reportedly complained about feeling intimidated to US District Court Judge Robert E. Keeton.

Conley did little to counter impressions like this that ended up working against him. On the advice of his attorney, for instance, he never took the witness stand, a decision he says he regrets.

He's also the first to acknowledge the neat and seductive logic of the government's case. Using gallows humor that's disarming, he even admits that following the closing arguments, he told friends outside of court, "'After listening to [federal prosecutor] Ted Merritt, *I* think I'm guilty."

Conley, after all, did seem to have been in an ideal position to see Michael Cox. Conley says so in his own words: He put himself at the fence in the first written report he filed to police superiors two months after the 1995 beating, in his later statements to the FBI, and, finally, under oath before a 1997 federal grand jury. He told the grand jurors he made a beeline for the suspect, and "we were going up and over the fence."

This was the common-sense appeal of the government's case. Then came motive. Investigators believed Conley had strong reasons for stonewalling them that went beyond a generic police code of silence. It was personal. The two police officers targeted as the principal attackers – James J. Burgio and David C. Williams – were Conley's own good buddies, concluded investigators. Burgio, like Conley, had grown up in South Boston. Williams, a black police officer, was Conley's classmate at the academy.

Conley was sentenced to serve 34 months, but his attorneys won repeated stays during a complicated appellate roller-coaster ride that has included winning a new trial in 2000, only to have the First Circuit Court of Appeals in Boston overturn that ruling and reinstate his conviction last May. Most recently, attorneys Willie J. Davis and Frances L. Robinson, arguing the government withheld evidence that prevented them from fully challenging key prosecution

Conley shows no more affection for Williams. Yes, he met Williams at the academy. Williams later worked in a police district where some of Conley's friends were also assigned, and he'd see Williams on occasion at a party. He knew Williams better than he did Burgio, but even then, they weren't close. "David Williams was an acquaintance of mine. He wasn't a friend. He wasn't a person I called up to have a beer with. He wasn't a person I called up to go on a fishing trip with. I'm not going to lie for them."

Burgio, responding to a request for an interview about Conley's remarks, said, "I've been advised by my attorney not to comment at all in the Kenny Conley matter."

In a brief telephone interview, Williams threw a question back at Conley. "Who's the liar?"

For their part, Burgio and Williams were found civilly liable for beating Cox in late 1998. The verdict came in Cox's civil action in federal court against the police department and a number of officers. Cox and the city reached a $900,000 settlement in early 1999, and by the end of that year Burgio and Williams were thrown off the force. The two deny any role in the attack on Cox and are fighting their terminations.

Says Conley: "I try not to think about Jimmy Burgio. I try not to think about David Williams. I ran into David Williams, probably a couple of months back, at Home Depot, and I just – I kind of freeze when I see them. I don't know how to react. I want to react in an angry way. I want to like scream, but it's not going to get me anywhere. My impulse is to go for them, but my subconscious tells me, It's not worth it, Kenny."

Words, all in all, that actually sound like those of a wannabee informant. The question is therefore posed: Does he wish he had seen something that night?

"I do," says Conley. "I wish I could turn around and tell Ted Merritt and ex-US Attorney Stern, 'Yeah, I saw him [Cox] pulled from the fence.' I wish I could tell them that. But I can't."

To this day, Conley says he doesn't know exactly why he did not see Cox or the beating. He and his attorneys have offered varying possibilities. In a surprisingly frank moment during his grand jury testimony, Conley even said that if the beating unfolded as the government described it, "I should have [seen it]," candor that actually echoes the government's view: If you were there, Kenny, then you had to see something, right?

O NE MORNING IN mid-July, Conley pulls his police-blue Ford Ranger into a Star Market park-

Burgess Nichols. "I was the last holdout," says, by taking a straw poll, and "and five, a. six people raised their hands for not guilty."

Then came the deliberations. Nichols, who lives in Boston and works for the state department of wildlife and fisheries, says he argued that maybe Conley was so focused on the suspect that he missed seeing Cox. He says he described a personal story, a time when he and his son were crossing Commonwealth Avenue and a BMW driver, busy talking on a cellphone, almost drove right into them. "The guy said he just didn't see us."

But, recalls Nichols, a growing majority felt Conley ran to the fence, was a police officer trained in observation, and had to have seen something. "I should have stuck to my guns," says Nichols now, "because I firmly believe the government didn't prove its case, and I firmly believe Ken Conley should have been given the benefit of the doubt."

The fact is that the Conley conviction continues to gnaw all around Boston.

In his neighborhood, Conley has drawn supporters who put stickers on their cars and doors saying, "Justice For Kenny," who have staged a few courthouse rallies, and who have held signs at the St. Patrick's Day parade bearing Conley's old badge number: 1016.

In July, US Representative William Delahunt met Conley at the dead end in Dorchester for a long talk about the case. In an interview afterward, Delahunt, referring to the fact that he's a former Norfolk County district attorney, says: "This was a little dicey for me. I didn't want to be some second-guesser." He says he went to the fence and retraced Conley's route through the woods to where he captured the suspect. "I now believe him," he says. "I went home really disturbed," especially about the fact that the jury never visited the scene.

The congressman has pledged to seek a pardon for Conley – a long shot, to be sure – taking up a cause that Congressman Joe

Moakley had expressed interest in prior to attorney, agreed to handle the petition pro bono.

Over at Boston Police headquarters, the Cox beating and the Conley case are a source of enduring anguish. "The beating was disgraceful, but the aftermath was even more disgraceful," says Paul Evans, the commissioner. "The department has gone through hell over this." Evans reiterates comments he's made in the past regarding Conley's fate -- that if the attackers and other police eyewitnesses had come forward and confessed, then Conley would never have gotten caught up in the jaws of the investigation.

"This should never, ever, have gotten to Ken Conley."

Does he think Conley is a liar?

Evans avoids answering directly. "The Kenny Conley that I knew years ago, I don't believe he'd be capable of that. The kid I knew growing up wouldn't have engaged in that type of thing. But what happens when they get into the culture, who knows."

Last year, after his firing, Conley and the commissioner, the two sons of Southie, had a meeting at headquarters, a finger-pointing session both agree today quickly became profane and emotional. Conley says, "I asked him point blank why we were here, and he said I was here, in this situation, because I was found guilty by a court of law and a jury of my peers. I said, 'OK, let me ask you this question: Do you believe me when I said I had nothing to do with the beating of Michael Cox and the coverup?' And he said, 'Yes.' "

Evans, asked about this, rejects Conley's account of that moment. He recalls telling Conley, " 'It's my sense you should have testified.' Now, did I believe him or disbelieve him? That was the responsibility of the jury, and I don't second-guess juries."

But later, Evans seems on the verge of doing just that. "I do believe if he'd taken the stand – and told his story – who knows what the outcome would be."

Then there is Michael Cox, the Boston cop beaten and then abandoned. Cox, 36, is still with the force, working in the auditing and review section. Reached by telephone, Cox did not want to discuss the specifics of Conley's case. He and his family are trying to move on. Cox was criticized by colleagues, harassed and treated as a pariah for pursuing justice against other officers, and he's reluctant to stir any of that up again.

But he did have this to say about Kenny Conley, the so-called standard-bearer of the blue wall of silence who stonewalled federal investigators and kept them from getting to his beaters: "I don't get any solace out of the fact he's going to jail. It doesn't make me feel any better about justice."

.ng for James Burgio and David Williams, the pair he jury was told he was protecting by his stony silence. Said the prosecutor about Conley in closing: "Think how strong his motive was when he went to the grand jury, his motive not to implicate fellow police officers, especially when he knew them from the academy or from his neighborhood." The two were his "associates."

But not only were they never his good buddies, says Conley, today he despises them. Take Burgio: He's three years older than Conley and played hockey and baseball, meaning that in sports, one of the neighborhood's major arteries, their paths rarely crossed. "I can't tell you when I started to know of Burgio," says Conley. Burgio was just another, older kid from the neighborhood. "It was never a personal relationship," says Conley. The government concluded otherwise. "South Boston," Conley says, "so they must be close."

In fact, the two have almost come to blows. Following his conviction in 1998, Conley happened across Burgio, still on the force, working a detail at a bar in Southie, and swore at him. "I said: 'Why don't you stand up and be a man. Tell the truth.'" Conley admits he'd been out for a few beers with friends and, seeing Burgio, lost it. He'd run across Burgio before, working other details in the neighborhood, but had managed to keep on going, even if he was boiling inside. The night outside the bar was different. "He said, 'Kenny, you don't know what you're talking about.' I said, 'I don't know what I'm talking about? I'm going to prison for 34 months because of what you and those [expletives] did.' I said, 'Stand up and be men.' Then a couple of my friends pulled me away."

DERRICK Z. JACKSON

# Patronage still rules the roost at Logan



STEVE ANSUL ILLUSTRATION

IF THE DEATHS of 6,000 people and the destruction of two airplanes, two 110-story skyscrapers, and freedom as we knew it were not enough to end patronage, then nothing will. So far, they have not been enough. It has been two-and-a-half weeks since the greatest attack on the American mainland was launched from Logan Airport, and Virginia Buckingham is still running Logan.

In her best imitation of Alexander Haig, the US secretary of state who immortalized himself after the assassination attempt on President Reagan by boasting, "I am in control," Buckingham is making announcements as if we should be taking her seriously. This week she said federal officials should run security checkpoints for passengers and baggage, instead of the airlines.

"I know and anyone else in the industry knows those checkpoints are the exact same checkpoints that were in place before the events of Sept. 11," Buckingham said. "These kinds of items are going to continue to get through."

It is also obvious that Buckingham and her ilk should be stopped at the checkpoint and blocked from their executive suites. As the Globe has reported, Massport, the agency that runs Logan, is overrun with political appointees with absolutely no experience with airports. Instead of appointing hawks with a sophisticated vision of aviation, we wound up with parakeets interested only in the comforts of their aviary.

We may never know the extent that unqualified executives played in

terrorists assuming that Logan was a cinch. After all, planes were also hijacked out of Washington and Newark. But there is no escaping that Logan is the nation's 18th most active airport, but fifth in security violations.

It is tops in the number of real or fake guns, bombs, and hand grenades that Federal Aviation Administration inspectors slipped past the X-ray machines in the last decade. Boston had twice as many violations as Atlanta, the nation's busiest airport, even though Atlanta handles three times more passengers than Boston.

It cannot be an accident that terrorists thought they could board not one, but two airplanes at Logan. For nearly a decade, no one running Logan truly cared or was even capable of caring. In 1993, Governor William Weld appointed his aide, Stephen Tocco, to run Massport. Tocco was a pharmacist by training who became Weld's economic affairs secretary.

Tocco in turn hired other friends, most notably Weld's driver and security director, Joseph Lawless, to be Logan's security director. Lawless

could handle security for one man, but there was nothing to suggest he could run a bureaucracy to protect 13 million passengers a year.

After Tocco came Peter Blute, a former congressman who also had zero aviation experience and far more expertise with booze cruises with women dropping their bra straps for cameras. Blute made up

## We need hawks on airport security instead of parakeets.

aviation jobs for friends with no aviation experience, such as current Acting Governor Jane Swift. Swift, the former state senator who was out of a job after losing her race for Congress, spent 10 months as director of regional aviation.

Blute's successor, Buckingham, was Weld's press secretary and former Governor Paul Cellucci's chief of staff. Would you entrust the safety of 13 million passengers to a thirty-something communications major? Cellucci did, in 1999.

Buckingham and Lawless have done nothing but blame the breaches of security for the hijacked planes on the airline checkpoints. But the sloppiness by Massport on its own turf at Logan warrants the thought that the

airport should not have been reopened after the attacks. In 1999 and 2000, Massport itself had more violations than any port authority in the nation, three times more than the port authority at Kennedy, LaGuardia, and Newark combined. FAA moles got onto Logan's tarmac 26 times without being stopped.

No one said securing an airport is easy. But no one can feel secure at Logan when getting on the tarmac and getting the top jobs have been so easy. Swift has named a panel to tell her in 45 days what to do. Swift does not need 45 days to take the first major step in making passengers at Logan feel secure.

She must clean out the aviary and replace the parakeets with hawks in mass security and aviation. Haig's "I'm in control," became a laugh line because Reagan survived. The fact that Buckingham and Lawless are still in control is a sick joke. Until they are fired, Massachusetts is telling the nation that 6,000 deaths and declarations of war do not matter.

Patronage still comes before passengers.

FRIDAY, SEPTEMBER 28, 2001

# Massport under the microscope

## SCOT LEHIGH

IT'S THE BLUE-ribbon commission versus the patronage leviathan.

Acting Governor Jane Swift, yesterday appointed an impressive group to mull reforms at the Massachusetts Port Authority. For a primer on the agency they're about to tackle, let's take the time machine back to early 1999.

Governor Paul Cellucci had just ordered the authority to give a cushy job to state Representative Gus Serra, an East Boston Democrat who had broken party ranks to back him over Scott Harshbarger in the 1998 gubernatorial race. Now Massport executive director Peter Blute and his aides faced the task of coming up with a title that sounded weighty enough to justify Serra's $119,000 salary.

"How about special assistant for projects?" came one suggestion.

That, everyone agreed, put a plausible polish on the latest patronage plum. Until Blute raised a question: "Didn't we give that to Franklin Ollivierre?" Certainly it was easy to overlook Ollivierre, who, on a scale running from essential to superfluous, ranked somewhere to the right of a sixth wheel. But when, in December of 1997, Cellucci had foisted his embattled elder affairs secretary on

Massport, he had come to the agency with just that title to justify *his* $73,000 job.

Unenthusiastic about Ollivierre, Blute had balked at hiring Serra.

Couldn't the low-energy legislative lifer be off-loaded at the Massachusetts Turnpike Authority instead, he had asked. Whereupon the Massport chief had been summoned to the State House and subjected to a little political readjustment by the governor himself.

"I was basically read the riot act," Blute recalls. "I had never seen Paul Cellucci that angry. He said this was something he wanted. He got a little red-faced. He said do it. And we did it."

And so Serra got his sinecure. And the title of director of strategic planning. Has he been doing anything remotely useful at the authority?

"Not while I was there," says Blute.

Thus it goes at Massport. Patronage has always been par for the course at the authority, though in the Cellucci years it was particularly

## A long tradition at the agency of ill-qualified political hires.

odoriferous.

One person remembers that, back in the days when he was executive director, Stephen Tocco balked at taking a covey of hacklets that the governor's office wanted to put there. That occasioned a livid phone call from Virginia Buckingham, then a top Weld-Cellucci aide.

"She called up and threatened

Tocco's job if he didn't stop complaining about patronage hires," this source recalls.

Swift herself is part of that history. When she came looking for a job after looking for a 1996 congres-

sional bid, Blute remembers, she wanted to be director of international marketing. Did that mean getting rid of the person already performing well in the job, a perplexed Blute asked then Governor Weld?

Weld hadn't considered that.

"Well, just find her a good place," he answered, reflecting the prevailing mindset that Massport's payroll could expand endlessly to meet political needs. So Swift became the $78,000 director of regional airport

development, staying 10 months until a real job — state director of consumer affairs — opened up.

Now the authority is under fire as the departure point for the two hijacked planes that destroyed the World Trade Center. Absent more compelling evidence, it's an unfair leap to say that Massport's habit of stuffing the payroll with ill-qualified political hires is to blame for the tragedy.

After all, the airlines, which are primarily responsible for the security checkpoints, have fought efforts to professionalize the work force. And the FAA appears to have performed more like a captive agency than a tough regulator.

Still, the tragedy has cast a spotlight on a rotten apple of an authority — and the out-of-control patronage culture of that culture, Swift may seem an implausible reformer. Yet her experience at Massport should give her ample personal knowledge of the problems.

Her commission is a first step — but only that. With Massport finally under the media microscope, what Swift does to overhaul the patronage-pocked agency will be a crucial test of her own commitment to abandon the practices of her predecessor and embrace a better brand of politics.