# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**PETER KARPOWICZ**
      **Plaintiff**

**V.**

**MBTA POLICE DEPARTMENT, et al**
      **Defendant**

**CIVIL ACTION**

**NO. 04-10602-MEL**

## ORDER OF DISMISSAL

**LASKER, S.D.J.**

    Pursuant Local Rules of this Court and in accordance with the Memorandum and Order issued on <u>December 1, 2004</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                By the Court,

<u>January 13, 2005</u>                    <u>/s/ George H. Howarth</u>
    Date                                          Deputy Clerk

Case 1:04-cv-10602-MEL    Document 5    Filed 01/13/2005    Page 2 of 2